# Exhibit 1

US00D749997S

## (12) United States Design Patent
### McMahan et al.

(10) Patent No.: **US D749,997 S**
(45) Date of Patent: ** **Feb. 23, 2016**

(54) **VEHICLE REAR BUMPER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Robert B. McMahan**, Bloomfield Hills, MI (US); **Brendon C. Mackay**, Shelby Township, MI (US); **Tyler L. H. Moffett**, Detroit, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/506,080**

(22) Filed: **Oct. 13, 2014**

(51) LOC (10) Cl. .................................................. **12-16**
(52) U.S. Cl.
    USPC ....................................................... **D12/169**
(58) Field of Classification Search
    USPC .............. D12/169, 216, 90–92, 86, 171, 196, D12/163; 293/102, 113, 115, 117, 120; 296/180.1, 180.2
    CPC . B60R 19/52; B60R 2019/25; B62D 25/0845
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D501,809 S | * | 2/2005 | Metros | D12/169 |
| D512,351 S | * | 12/2005 | Hattori | D12/169 |
| D531,556 S | * | 11/2006 | Metros | D12/169 |
| D570,249 S | * | 6/2008 | O'Donnell | D12/91 |
| D589,407 S | * | 3/2009 | Krugger | D12/98 |
| D601,925 S | * | 10/2009 | O'Donnell | D12/98 |
| D604,203 S | * | 11/2009 | O'Donnell | D12/98 |
| D623,569 S | * | 9/2010 | Cogswell | D12/169 |
| D657,718 S | * | 4/2012 | Zipfel | D12/98 |
| D700,871 S | * | 3/2014 | O'Donnell | D12/98 |
| D739,798 S | * | 9/2015 | O'Donnell | D12/169 |

OTHER PUBLICATIONS

Design U.S. Appl. No. 29/491,286, filed May 20, 2014; First Named Inventor: Robert B. McMahan; Title: Vehicle Body Exterior; 7 pages.

* cited by examiner

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle rear bumper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the vehicle rear bumper;
FIG. **2** is a left side elevation view thereof;
FIG. **3** is a top plan view thereof; and,
FIG. **4** is a front view thereof.
The right side elevation view of the vehicle rear bumper is omitted because the right side elevation view is identical to the left side elevation view. And the broken lines shown in the drawings depict portions of the vehicle rear bumper that form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**  Feb. 23, 2016  **US D749,997 S**



Fig-1

Fig-2

Fig-3

Fig-4