# Exhibit 2

US00D792815S

# (12) United States Design Patent
### Kozub

(10) Patent No.: **US D792,815 S**
(45) Date of Patent: ** **Jul. 25, 2017**

| | | | |
|---|---|---|---|
| (54) | **VEHICLE FRONT BUMPER** | | |
| (71) | Applicant: | **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US) | |
| (72) | Inventor: | **Timothy P. Kozub**, Troy, MI (US) | |
| (73) | Assignee: | **GM Global Technology Operations LLC**, Detroit, MI (US) | |
| (**) | Term: | **15 Years** | |
| (21) | Appl. No.: | **29/558,815** | |
| (22) | Filed: | **Mar. 22, 2016** | |
| (51) | LOC (10) Cl. | 12-16 | |
| (52) | U.S. Cl. USPC | **D12/169** | |
| (58) | Field of Classification Search USPC ...... D12/86, 90, 91, 92, 163, 164, 169, 171, D12/196, 216 CPC ......... B60R 19/02; B60R 19/18; B60R 19/24; B60R 19/56; B60R 2019/007 See application file for complete search history. | | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. | |
| 7,481,487 B2 * | 1/2009 | Lau | B60R 19/52 180/68.1 |
| D592,105 S | 5/2009 | Dean et al. | |
| D597,447 S | 8/2009 | Folden | |
| D600,595 S | 9/2009 | Nakamura et al. | |
| D601,925 S | 10/2009 | O'Donnell | |
| D603,755 S | 11/2009 | Peters | |
| D604,203 S | 11/2009 | O'Donnell | |
| D605,082 S | 12/2009 | Munson | |
| D605,083 S | 12/2009 | Manoogian, II et al. | |
| D605,977 S | 12/2009 | Zipfel et al. | |
| D605,978 S | 12/2009 | Wolff et al. | |
| D608,249 S | 1/2010 | Peters | |
| D608,690 S | 1/2010 | Folden et al. | |
| D608,691 S | 1/2010 | Zak, Jr. et al. | |
| D609,608 S | 2/2010 | Boniface et al. | |
| D611,387 S | 3/2010 | Thompson et al. | |
| D611,879 S | 3/2010 | Kim et al. | |
| D612,297 S | 3/2010 | Peters et al. | |
| D613,645 S | 4/2010 | Song et al. | |
| D615,458 S | 5/2010 | Thompson et al. | |
| D618,595 S | 6/2010 | Ware et al. | |
| D623,090 S | 9/2010 | Cox et al. | |
| D627,262 S | 11/2010 | Ikeda et al. | |
| D635,488 S | 4/2011 | Phipps | |
| D644,147 S | 8/2011 | Suh et al. | |
| D644,567 S | 9/2011 | Kozub | |
| D657,718 S | 4/2012 | Zipfel et al. | |
| D659,052 S | 5/2012 | Ware et al. | |
| D659,053 S | 5/2012 | Ware et al. | |
| D668,182 S | 10/2012 | Barba Franco et al. | |
| D668,183 S | 10/2012 | Smart | |
| D670,626 S * | 11/2012 | Goto | D12/169 |
| D678,820 S | 3/2013 | Son et al. | |
| D678,821 S | 3/2013 | Ikeda et al. | |
| D680,909 S | 4/2013 | Munson et al. | |

(Continued)

*Primary Examiner* — Darlington Ly
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front bumper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle front bumper;
FIG. **2** is a front view thereof;
FIG. **3** is a left side view thereof, of which the right side elevation view is a mirror image; and,
FIG. **4** is a top plan view thereof.
The broken lines in the drawings illustrate portions of the vehiicle front bumper that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D680,910 S | | 4/2013 | David |
| D684,899 S | | 6/2013 | Baker |
| D686,536 S | | 7/2013 | McCabe et al. |
| D690,630 S | * | 10/2013 | Kazama .................. D12/169 |
| D690,631 S | * | 10/2013 | Kazama .................. D12/169 |
| D692,798 S | | 11/2013 | Thurber |
| D692,799 S | | 11/2013 | Smith et al. |
| D696,157 S | | 12/2013 | Loeb |
| D699,629 S | | 2/2014 | Ikeda et al. |
| D700,871 S | | 3/2014 | O'Donnell et al. |
| D701,152 S | * | 3/2014 | Saracoglu ............... D12/169 |
| D702,161 S | * | 4/2014 | Hanaoka ................ D12/169 |
| D703,103 S | | 4/2014 | Lee |
| D703,117 S | * | 4/2014 | Osborne ................. D12/169 |
| D703,118 S | * | 4/2014 | Gueler .................... D12/169 |
| D704,103 S | | 5/2014 | Mack et al. |
| D704,604 S | * | 5/2014 | Okumoto ................ D12/169 |
| D705,132 S | | 5/2014 | Ware et al. |
| D705,699 S | | 5/2014 | Ware et al. |
| D708,997 S | * | 7/2014 | Koizumi ................. D12/169 |
| D710,268 S | * | 8/2014 | Brzustowicz ........... D12/169 |
| D712,801 S | * | 9/2014 | Kobayashi .............. D12/169 |
| D713,298 S | | 9/2014 | Dyson |
| D713,764 S | | 9/2014 | Ferlazzo et al. |
| D716,696 S | | 11/2014 | Thole et al. |
| D716,706 S | | 11/2014 | Thole et al. |
| D716,709 S | | 11/2014 | Thole et al. |
| D717,219 S | * | 11/2014 | Murakawa .............. D12/169 |
| D717,220 S | * | 11/2014 | Murakawa .............. D12/169 |
| D717,696 S | | 11/2014 | Thole et al. |
| D718,189 S | | 11/2014 | Krieg et al. |
| D718,683 S | | 12/2014 | Thole et al. |
| D719,072 S | * | 12/2014 | Robinson ............... D12/169 |
| D722,282 S | | 2/2015 | Loeb |
| D722,533 S | | 2/2015 | Thole et al. |
| D722,534 S | | 2/2015 | Munson et al. |
| D722,925 S | * | 2/2015 | Kato ....................... D12/169 |
| D724,510 S | | 3/2015 | McMahan et al. |
| D725,001 S | | 3/2015 | McMahan et al. |
| D726,591 S | | 4/2015 | Jacob |
| D730,776 S | | 6/2015 | Smart |
| D730,783 S | | 6/2015 | Henriques et al. |
| D732,427 S | | 6/2015 | Loeb |
| D732,429 S | | 6/2015 | Loeb |
| D732,430 S | | 6/2015 | Loeb |
| D732,431 S | | 6/2015 | Loeb |
| D732,432 S | | 6/2015 | Aengenheyster |
| D732,433 S | | 6/2015 | Aengenheyster |
| D732,435 S | | 6/2015 | Mackay |
| D732,443 S | * | 6/2015 | Won ....................... D12/169 |
| D733,002 S | | 6/2015 | Loeb |
| D733,624 S | * | 7/2015 | Morikawa .............. D12/169 |
| D735,611 S | | 8/2015 | Aengenheyster |
| D735,627 S | | 8/2015 | Smith |
| D736,451 S | | 8/2015 | Smith |
| D739,306 S | | 9/2015 | McMahan et al. |
| D739,317 S | | 9/2015 | McMahan et al. |
| D740,186 S | * | 10/2015 | Gunnarson .............. D12/169 |
| D741,223 S | | 10/2015 | Kim et al. |
| D743,309 S | | 11/2015 | Thole et al. |
| D743,313 S | | 11/2015 | Smith et al. |
| D743,314 S | | 11/2015 | Thole et al. |
| D743,854 S | * | 11/2015 | Miyazawa .............. D12/169 |
| D743,857 S | | 11/2015 | McMahan et al. |
| D744,158 S | | 11/2015 | Willett et al. |
| D745,086 S | | 12/2015 | Finos et al. |
| D745,719 S | | 12/2015 | Boniface et al. |
| D745,725 S | | 12/2015 | McMahan et al. |
| D745,726 S | | 12/2015 | McMahan et al. |
| D745,837 S | | 12/2015 | Smith et al. |
| D746,726 S | | 1/2016 | Smith et al. |
| D746,727 S | | 1/2016 | Smith et al. |
| D746,728 S | | 1/2016 | Smith et al. |
| D746,729 S | | 1/2016 | Boniface et al. |
| D746,730 S | | 1/2016 | Kim et al. |
| D746,733 S | * | 1/2016 | Behmer .................. D12/169 |
| D747,514 S | | 1/2016 | McMahan et al. |
| D747,515 S | | 1/2016 | McMahan et al. |
| D747,819 S | | 1/2016 | Thole et al. |
| D749,021 S | | 2/2016 | Boniface et al. |
| D749,022 S | * | 2/2016 | Nakahara ................ D12/169 |
| D749,026 S | | 2/2016 | Smith et al. |
| D749,027 S | | 2/2016 | McMahan et al. |
| D749,246 S | | 2/2016 | Thole et al. |
| D749,249 S | | 2/2016 | Thole et al. |
| D749,250 S | | 2/2016 | Thole et al. |
| D749,473 S | * | 2/2016 | Lee ......................... D12/169 |
| D749,985 S | | 2/2016 | Kozub et al. |
| D749,997 S | | 2/2016 | McMahan et al. |
| D750,001 S | | 2/2016 | Thole et al. |
| D753,559 S | * | 4/2016 | McMahan ............... D12/169 |
| D753,560 S | * | 4/2016 | McMahan ............... D12/169 |
| D753,564 S | * | 4/2016 | Frascella ................ D12/169 |
| D756,862 S | * | 5/2016 | Wada ...................... D12/169 |
| D760,629 S | * | 7/2016 | Chung .................... D12/169 |
| D760,631 S | * | 7/2016 | Choi ....................... D12/169 |
| D762,532 S | * | 8/2016 | Tsutamori .............. D12/169 |
| D763,145 S | * | 8/2016 | Tsutamori .............. D12/169 |
| D772,117 S | * | 11/2016 | Davidson ............... D12/169 |
| D773,965 S | * | 12/2016 | Morikawa .............. D12/169 |
| D774,428 S | * | 12/2016 | Davidson ............... D12/169 |
| D775,010 S | * | 12/2016 | Kim ........................ D12/169 |
| 2008/0079271 A1 | * | 4/2008 | Maruko .................. B60R 19/52 293/102 |
| 2011/0049913 A1 | * | 3/2011 | Bernt ...................... B60R 19/48 293/102 |
| 2012/0292931 A1 | * | 11/2012 | Mizoguchi ............. B60R 19/24 293/102 |

\* cited by examiner



FIG. 1

FIG. 2



FIG. 3

FIG. 4