Exhibit 3

US00D792816S

## (12) United States Design Patent
### Kozub

(10) Patent No.: **US D792,816 S**
(45) Date of Patent: ** **Jul. 25, 2017**

(54) **VEHICLE FRONT BUMPER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Timothy P. Kozub**, Troy, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/558,818**

(22) Filed: **Mar. 22, 2016**

(51) **LOC (10) Cl.** .............................. 12-16
(52) **U.S. Cl.**
    USPC ........................................ **D12/169**
(58) **Field of Classification Search**
    USPC ...... D12/86, 90, 91, 92, 163, 164, 169, 171, D12/196, 216
    CPC ......... B60R 19/02; B60R 19/18; B60R 19/24; B60R 19/56; B60R 2019/007
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. |
| 7,481,487 B2 * | 1/2009 | Lau ................ B60R 19/52 180/68.1 |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D668,182 S | 10/2012 | Barba Franco et al. |
| D668,183 S | 10/2012 | Smart |
| D670,626 S * | 11/2012 | Goto ............................. D12/169 |
| D678,820 S | 3/2013 | Son et al. |
| D678,821 S | 3/2013 | Ikeda et al. |
| D680,909 S | 4/2013 | Munson et al. |

(Continued)

*Primary Examiner* — Darlington Ly
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front bumper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle front bumper;
FIG. **2** is a front view thereof;
FIG. **3** is a left side view thereof, of which the right side elevation view is a mirror image; and,
FIG. **4** is a top plan view thereof.
The broken lines in the drawings illustrate portions of the vehicle front bumper that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| D680,910 S | | 4/2013 | David | |
| D684,899 S | | 6/2013 | Baker | |
| D686,536 S | | 7/2013 | McCabe et al. | |
| D690,630 S | * | 10/2013 | Kazama | D12/169 |
| D690,631 S | * | 10/2013 | Kazama | D12/169 |
| D692,798 S | | 11/2013 | Thurber | |
| D692,799 S | | 11/2013 | Smith et al. | |
| D696,157 S | | 12/2013 | Loeb | |
| D699,629 S | | 2/2014 | Ikeda et al. | |
| D700,871 S | | 3/2014 | O'Donnell et al. | |
| D701,152 S | * | 3/2014 | Saracoglu | D12/169 |
| D702,161 S | * | 4/2014 | Hanaoka | D12/169 |
| D703,103 S | | 4/2014 | Lee | |
| D703,117 S | * | 4/2014 | Osborne | D12/169 |
| D703,118 S | * | 4/2014 | Gueler | D12/169 |
| D704,103 S | | 5/2014 | Mack et al. | |
| D704,604 S | * | 5/2014 | Okumoto | D12/169 |
| D705,132 S | | 5/2014 | Ware et al. | |
| D705,699 S | | 5/2014 | Ware et al. | |
| D708,997 S | * | 7/2014 | Koizumi | D12/169 |
| D710,268 S | * | 8/2014 | Brzustowicz | D12/169 |
| D712,801 S | * | 9/2014 | Kobayashi | D12/169 |
| D713,298 S | | 9/2014 | Dyson | |
| D713,764 S | | 9/2014 | Ferlazzo et al. | |
| D716,696 S | | 11/2014 | Thole et al. | |
| D716,706 S | | 11/2014 | Thole et al. | |
| D716,709 S | | 11/2014 | Thole et al. | |
| D717,219 S | * | 11/2014 | Murakawa | D12/169 |
| D717,220 S | * | 11/2014 | Murakawa | D12/169 |
| D717,696 S | | 11/2014 | Thole et al. | |
| D718,189 S | | 11/2014 | Krieg et al. | |
| D718,683 S | | 12/2014 | Thole et al. | |
| D719,072 S | * | 12/2014 | Robinson | D12/169 |
| D722,282 S | | 2/2015 | Loeb | |
| D722,533 S | | 2/2015 | Thole et al. | |
| D722,534 S | | 2/2015 | Munson et al. | |
| D722,925 S | * | 2/2015 | Kato | D12/169 |
| D724,510 S | | 3/2015 | McMahan et al. | |
| D725,001 S | | 3/2015 | McMahan et al. | |
| D726,591 S | | 4/2015 | Jacob | |
| D730,776 S | | 6/2015 | Smart | |
| D730,783 S | | 6/2015 | Henriques et al. | |
| D732,427 S | | 6/2015 | Loeb | |
| D732,429 S | | 6/2015 | Loeb | |
| D732,430 S | | 6/2015 | Loeb | |
| D732,431 S | | 6/2015 | Loeb | |
| D732,432 S | | 6/2015 | Aengenheyster | |
| D732,433 S | | 6/2015 | Aengenheyster | |
| D732,435 S | | 6/2015 | Mackay | |
| D732,443 S | * | 6/2015 | Won | D12/169 |
| D733,002 S | | 6/2015 | Loeb | |
| D733,624 S | * | 7/2015 | Morikawa | D12/169 |
| D735,611 S | | 8/2015 | Aengenheyster | |
| D735,627 S | | 8/2015 | Smith | |
| D736,451 S | | 8/2015 | Smith | |
| D739,306 S | | 9/2015 | McMahan et al. | |
| D739,317 S | | 9/2015 | McMahan et al. | |
| D740,186 S | * | 10/2015 | Gunnarson | D12/169 |
| D741,223 S | | 10/2015 | Kim et al. | |
| D743,309 S | | 11/2015 | Thole et al. | |
| D743,313 S | | 11/2015 | Smith et al. | |
| D743,314 S | | 11/2015 | Thole et al. | |
| D743,854 S | * | 11/2015 | Miyazawa | D12/169 |
| D743,857 S | | 11/2015 | McMahan et al. | |
| D744,158 S | | 11/2015 | Willett et al. | |
| D745,086 S | | 12/2015 | Finos et al. | |
| D745,719 S | | 12/2015 | Boniface et al. | |
| D745,725 S | | 12/2015 | McMahan et al. | |
| D745,726 S | | 12/2015 | McMahan et al. | |
| D745,837 S | | 12/2015 | Smith et al. | |
| D746,726 S | | 1/2016 | Smith et al. | |
| D746,727 S | | 1/2016 | Smith et al. | |
| D746,728 S | | 1/2016 | Smith et al. | |
| D746,729 S | | 1/2016 | Boniface et al. | |
| D746,730 S | | 1/2016 | Kim et al. | |
| D746,733 S | * | 1/2016 | Behmer | D12/169 |
| D747,514 S | | 1/2016 | McMahan et al. | |
| D747,515 S | | 1/2016 | McMahan et al. | |
| D747,819 S | | 1/2016 | Thole et al. | |
| D749,021 S | | 2/2016 | Boniface et al. | |
| D749,022 S | * | 2/2016 | Nakahara | D12/169 |
| D749,026 S | | 2/2016 | Smith et al. | |
| D749,027 S | | 2/2016 | McMahan et al. | |
| D749,246 S | | 2/2016 | Thole et al. | |
| D749,249 S | | 2/2016 | Thole et al. | |
| D749,250 S | | 2/2016 | Thole et al. | |
| D749,473 S | * | 2/2016 | Lee | D12/169 |
| D749,985 S | | 2/2016 | Kozub et al. | |
| D749,997 S | | 2/2016 | McMahan et al. | |
| D750,001 S | | 2/2016 | Thole et al. | |
| D753,559 S | * | 4/2016 | McMahan | D12/169 |
| D753,560 S | * | 4/2016 | McMahan | D12/169 |
| D753,564 S | * | 4/2016 | Frascella | D12/169 |
| D756,862 S | * | 5/2016 | Wada | D12/169 |
| D760,629 S | * | 7/2016 | Chung | D12/169 |
| D760,631 S | * | 7/2016 | Choi | D12/169 |
| D762,532 S | * | 8/2016 | Tsutamori | D12/169 |
| D763,145 S | * | 8/2016 | Tsutamori | D12/169 |
| D772,117 S | * | 11/2016 | Davidson | D12/169 |
| D773,965 S | * | 12/2016 | Morikawa | D12/169 |
| D774,428 S | * | 12/2016 | Davidson | D12/169 |
| D775,010 S | * | 12/2016 | Kim | D12/169 |
| 2008/0079271 A1 | * | 4/2008 | Maruko | B60R 19/52 293/102 |
| 2011/0049913 A1 | * | 3/2011 | Bernt | B60R 19/48 293/102 |
| 2012/0292931 A1 | * | 11/2012 | Mizoguchi | B60R 19/24 293/102 |

\* cited by examiner



FIG. 1

FIG. 2



FIG. 3

FIG. 4