# Exhibit 4

US00D793301S

# United States Design Patent
## Kozub

(10) Patent No.: **US D793,301 S**
(45) Date of Patent: ** **Aug. 1, 2017**

(54) **AUTOMOBILE FRONT LOWER FASCIA**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Timothy P. Kozub**, Troy, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/559,807**

(22) Filed: **Mar. 31, 2016**

(51) **LOC (10) Cl.** ............................................. **12-16**

(52) **U.S. Cl.**
USPC ........................................ **D12/169**

(58) Field of Classification Search
USPC .................................... D12/86, 92, 163, 172
CPC ......... B60R 19/18; B60R 19/24; B60R 19/44; B60R 19/48; B60R 19/56; B60R 2019/527; B60R 2019/1886; B62D 25/0845
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D534,463 S | * | 1/2007 | Chiang | D12/169 |
| D535,595 S | * | 1/2007 | Matei | D12/169 |
| D538,208 S | * | 3/2007 | Golden | D12/169 |
| D539,197 S | * | 3/2007 | Fujimaki | D12/169 |
| D539,711 S | * | 4/2007 | Fujimaki | D12/169 |
| D541,712 S | * | 5/2007 | Golden | D12/169 |
| D542,196 S | * | 5/2007 | Levy | D12/169 |
| D544,417 S | * | 6/2007 | Kono | D12/169 |
| D560,145 S | * | 1/2008 | Tant | D12/169 |
| D561,662 S | * | 2/2008 | Ellis | D12/169 |
| D570,742 S | | 6/2008 | Takagi et al. | |
| D580,319 S | * | 11/2008 | Gueler | D12/169 |
| D590,752 S | * | 4/2009 | Williams | D12/169 |
| D590,753 S | * | 4/2009 | Williams | D12/169 |
| D592,105 S | | 5/2009 | Dean et al. | |
| D592,571 S | * | 5/2009 | Golden | D12/169 |
| D594,391 S | * | 6/2009 | Bhambra | D12/169 |
| D597,447 S | | 8/2009 | Folden | |
| D600,595 S | | 9/2009 | Nakamura et al. | |
| D601,063 S | * | 9/2009 | Lamm | D12/169 |
| D601,925 S | | 10/2009 | O'Donnell | |
| D603,308 S | * | 11/2009 | Schiavone | D12/169 |
| D603,755 S | | 11/2009 | Peters | |
| D603,764 S | * | 11/2009 | Youn | D12/169 |
| D603,765 S | * | 11/2009 | Youn | D12/169 |
| D604,203 S | | 11/2009 | O'Donnell | |
| D605,082 S | | 12/2009 | Munson | |
| D605,083 S | | 12/2009 | Manoogian, II et al. | |
| D605,977 S | | 12/2009 | Zipfel et al. | |
| D605,978 S | | 12/2009 | Wolff et al. | |
| D607,790 S | * | 1/2010 | Golden | D12/169 |
| D607,791 S | * | 1/2010 | Golden | D12/169 |
| D608,249 S | | 1/2010 | Peters | |
| D608,690 S | | 1/2010 | Folden et al. | |

(Continued)

*Primary Examiner* — Darlington Ly
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for an automobile front lower fascia, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of an automobile front lower fascia showing my new design;
FIG. 2 is a front view thereof;
FIG. 3 is a left side elevation view thereof (where the right side elevation view is omitted since the right side elevation view is a mirror image of the left side elevation view); and,
FIG. 4 is a bottom plan view thereof.
The broken lines in the drawings illustrate portions of the automobile front lower fascia that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| D608,691 S | | 1/2010 | Zak, Jr. et al. | |
| D609,608 S | | 2/2010 | Boniface et al. | |
| D610,502 S | * | 2/2010 | Bucher | D12/169 |
| D611,387 S | | 3/2010 | Thompson et al. | |
| D611,879 S | | 3/2010 | Kim et al. | |
| D612,297 S | | 3/2010 | Peters et al. | |
| D613,645 S | | 4/2010 | Song et al. | |
| D614,090 S | * | 4/2010 | Ectors | D12/169 |
| D615,458 S | | 5/2010 | Thompson et al. | |
| D617,695 S | * | 6/2010 | Lamm | D12/169 |
| D618,595 S | | 6/2010 | Ware et al. | |
| D618,599 S | * | 6/2010 | Miyazawa | D12/169 |
| D623,090 S | | 9/2010 | Cox et al. | |
| D627,262 S | | 11/2010 | Ikeda et al. | |
| D635,488 S | | 4/2011 | Phipps | |
| D644,147 S | | 8/2011 | Suh et al. | |
| D644,567 S | | 9/2011 | Kozub | |
| D657,718 S | | 4/2012 | Zipfel et al. | |
| D659,052 S | | 5/2012 | Ware et al. | |
| D659,053 S | | 5/2012 | Ware et al. | |
| D664,903 S | * | 8/2012 | Platto | D12/169 |
| D668,182 S | | 10/2012 | Barba Franco et al. | |
| D668,183 S | | 10/2012 | Smart | |
| D669,003 S | * | 10/2012 | Koizumi | D12/169 |
| D671,047 S | * | 11/2012 | Davidson | D12/169 |
| D678,142 S | * | 3/2013 | Behmer | D12/169 |
| D678,143 S | * | 3/2013 | Behmer | D12/169 |
| D678,820 S | | 3/2013 | Son et al. | |
| D678,821 S | | 3/2013 | Ikeda et al. | |
| D680,909 S | | 4/2013 | Munson et al. | |
| D680,910 S | | 4/2013 | David | |
| D681,518 S | * | 5/2013 | Platto | D12/169 |
| D683,672 S | * | 6/2013 | Platto | D12/169 |
| D684,899 S | | 6/2013 | Baker | |
| D686,536 S | | 7/2013 | McCabe et al. | |
| D692,798 S | | 11/2013 | Thurber | |
| D692,799 S | | 11/2013 | Smith et al. | |
| D695,655 S | * | 12/2013 | Kawasaki | D12/169 |
| D696,157 S | | 12/2013 | Loeb | |
| D699,168 S | * | 2/2014 | Osborne | D12/169 |
| D699,629 S | | 2/2014 | Ikeda et al. | |
| D700,871 S | | 3/2014 | O'Donnell et al. | |
| D703,103 S | | 4/2014 | Lee | |
| D704,103 S | | 5/2014 | Mack et al. | |
| D705,132 S | | 5/2014 | Ware et al. | |
| D705,699 S | | 5/2014 | Ware et al. | |
| D710,264 S | * | 8/2014 | Watkins | D12/169 |
| D713,298 S | | 9/2014 | Dyson | |
| D713,764 S | | 9/2014 | Ferlazzo et al. | |
| D716,696 S | | 11/2014 | Thole et al. | |
| D716,706 S | | 11/2014 | Thole et al. | |
| D716,709 S | | 11/2014 | Thole et al. | |
| D717,696 S | | 11/2014 | Thole et al. | |
| D718,189 S | | 11/2014 | Krieg et al. | |
| D718,683 S | | 12/2014 | Thole et al. | |
| D721,622 S | * | 1/2015 | Platto | D12/169 |
| D721,623 S | * | 1/2015 | Platto | D12/169 |
| D722,282 S | | 2/2015 | Loeb | |
| D722,533 S | | 2/2015 | Thole et al. | |
| D722,534 S | | 2/2015 | Munson et al. | |
| D724,510 S | | 3/2015 | McMahan et al. | |
| D725,001 S | | 3/2015 | McMahan et al. | |
| D726,591 S | | 4/2015 | Jacob | |
| D726,603 S | * | 4/2015 | Grake | D12/169 |
| D727,805 S | * | 4/2015 | Grake | D12/169 |
| D730,776 S | | 6/2015 | Smart | |
| D730,783 S | | 6/2015 | Henriques et al. | |
| D731,371 S | * | 6/2015 | Morikawa | D12/169 |
| D732,427 S | | 6/2015 | Loeb | |
| D732,429 S | | 6/2015 | Loeb | |
| D732,430 S | | 6/2015 | Loeb | |
| D732,431 S | | 6/2015 | Loeb | |
| D732,432 S | | 6/2015 | Aengenheyster | |
| D732,433 S | | 6/2015 | Aengenheyster | |
| D732,435 S | | 6/2015 | Mackay | |
| D733,002 S | | 6/2015 | Loeb | |
| D735,611 S | | 8/2015 | Aengenheyster | |
| D735,627 S | | 8/2015 | Smith | |
| D736,451 S | | 8/2015 | Smith | |
| D739,306 S | | 9/2015 | McMahan et al. | |
| D739,315 S | * | 9/2015 | Blanski | D12/169 |
| D739,317 S | | 9/2015 | Mcmahan et al. | |
| D740,726 S | * | 10/2015 | Platto | D12/169 |
| D741,223 S | | 10/2015 | Kim et al. | |
| D743,309 S | | 11/2015 | Thole et al. | |
| D743,313 S | | 11/2015 | Smith et al. | |
| D743,314 S | | 11/2015 | Thole et al. | |
| D743,857 S | | 11/2015 | McMahan et al. | |
| D744,158 S | | 11/2015 | Willett et al. | |
| D744,915 S | * | 12/2015 | Curic | D12/169 |
| D744,916 S | * | 12/2015 | Curic | D12/169 |
| D745,086 S | | 12/2015 | Finos et al. | |
| D745,719 S | | 12/2015 | Boniface et al. | |
| D745,725 S | | 12/2015 | McMahan et al. | |
| D745,726 S | | 12/2015 | McMahan et al. | |
| D745,837 S | | 12/2015 | Smith et al. | |
| D746,726 S | | 1/2016 | Smith et al. | |
| D746,727 S | | 1/2016 | Smith et al. | |
| D746,728 S | | 1/2016 | Smith et al. | |
| D746,729 S | | 1/2016 | Boniface et al. | |
| D746,730 S | | 1/2016 | Kim et al. | |
| D747,514 S | | 1/2016 | McMahan et al. | |
| D747,515 S | | 1/2016 | McMahan et al. | |
| D747,819 S | | 1/2016 | Thole et al. | |
| D749,021 S | | 2/2016 | Boniface et al. | |
| D749,026 S | | 2/2016 | Smith et al. | |
| D749,027 S | | 2/2016 | McMahan et al. | |
| D749,246 S | | 2/2016 | Thole et al. | |
| D749,249 S | | 2/2016 | Thole et al. | |
| D749,250 S | | 2/2016 | Thole et al. | |
| D749,470 S | * | 2/2016 | Behmer | D12/169 |
| D749,985 S | | 2/2016 | Kozub et al. | |
| D749,997 S | | 2/2016 | McMahan et al. | |
| D750,001 S | | 2/2016 | Thole et al. | |
| D755,093 S | * | 5/2016 | Vena | D12/169 |
| D762,147 S | * | 7/2016 | Messale | D12/169 |
| D771,533 S | * | 11/2016 | Kapitonov | D12/169 |
| D772,117 S | * | 11/2016 | Davidson | D12/169 |
| D774,428 S | * | 12/2016 | Davidson | D12/169 |

* cited by examiner

U.S. Patent    Aug. 1, 2017    Sheet 1 of 2    US D793,301 S



FIG. 1

FIG. 2



FIG. 3

FIG. 4