# Exhibit 6

US00D828248S

# United States Design Patent
Zipfel

(12)

(10) Patent No.: **US D828,248 S**
(45) Date of Patent: ** **Sep. 11, 2018**

| | | |
|---|---|---|
| (54) | **VEHICLE HOOD** | |
| (71) | Applicant: | **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US) |
| (72) | Inventor: | **Carl J. Zipfel**, Oxford, MI (US) |
| (73) | Assignee: | **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US) |
| (**) | Term: | **15 Years** |
| (21) | Appl. No.: | **29/609,206** |
| (22) | Filed: | **Jun. 29, 2017** |
| (51) | LOC (11) Cl. ................................. **12-08** | |
| (52) | U.S. Cl. USPC ........................................ **D12/173** | |
| (58) | Field of Classification Search USPC .... D12/86, 91, 93, 163, 164, 166, 167, 169, D12/171, 172, 173, 190, 216 CPC ........... B62D 25/08; B62B 9/16; B60K 11/08; B60R 19/52 See application file for complete search history. | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,032 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D627,262 S | 11/2010 | Ikeda et al. |
| D627,686 S * | 11/2010 | Thompson ..................... D12/91 |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D646,203 S * | 10/2011 | Thompson ..................... D12/91 |
| D646,607 S * | 10/2011 | Verhee ......................... D12/169 |
| D649,908 S * | 12/2011 | Mullen ......................... D12/86 |
| D649,909 S * | 12/2011 | Mullen ......................... D12/86 |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D661,231 S * | 6/2012 | Galante ........................ D12/163 |

(Continued)

*Primary Examiner* — Marianne N Pandozzi
*Assistant Examiner* — Suzanne E Tisdell

(57) **CLAIM**

The ornamental design for a vehicle hood, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and left perspective view of the vehicle hood according to the present disclosure;
FIG. **2** is a left end elevation view thereof;
FIG. **3** is a top plan view thereof; and,
FIG. **4** is a front elevation view thereof.
The right end elevation view is omitted, because the right end elevation view is a mirror image to the left end elevation view.
The shade lines in the figures show contour and not surface ornamentation.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D668,182 S | | 10/2012 | Barba Franco et al. |
| D668,183 S | | 10/2012 | Smart |
| D678,820 S | | 3/2013 | Son et al. |
| D678,821 S | | 3/2013 | Ikeda et al. |
| D680,909 S | | 4/2013 | Munson et al. |
| D680,910 S | | 4/2013 | David |
| D683,675 S | * | 6/2013 | Munson .................. D12/173 |
| D684,899 S | | 6/2013 | Baker |
| D686,121 S | * | 7/2013 | McCabe .................. D12/173 |
| D686,536 S | | 7/2013 | McCabe et al. |
| D692,798 S | | 11/2013 | Thurber |
| D692,799 S | | 11/2013 | Smith et al. |
| D696,157 S | | 12/2013 | Loeb |
| D699,629 S | | 2/2014 | Ikeda et al. |
| D700,871 S | | 3/2014 | O'Donnell et al. |
| D703,103 S | | 4/2014 | Lee |
| D704,103 S | | 5/2014 | Mack et al. |
| D705,132 S | | 5/2014 | Ware et al. |
| D705,699 S | | 5/2014 | Ware et al. |
| D713,298 S | | 9/2014 | Dyson |
| D713,764 S | | 9/2014 | Ferlazzo et al. |
| D716,696 S | | 11/2014 | Thole et al. |
| D716,706 S | | 11/2014 | Thole et al. |
| D716,709 S | | 11/2014 | Thole et al. |
| D717,696 S | | 11/2014 | Thole et al. |
| D718,189 S | | 11/2014 | Krieg et al. |
| D718,683 S | * | 12/2014 | Thole .................. D12/173 |
| D722,282 S | | 2/2015 | Loeb |
| D722,533 S | | 2/2015 | Thole et al. |
| D722,534 S | | 2/2015 | Munson et al. |
| D724,510 S | | 3/2015 | McMahan et al. |
| D725,001 S | | 3/2015 | McMahan et al. |
| D726,591 S | | 4/2015 | Jacob |
| D730,776 S | | 6/2015 | Smart |
| D730,783 S | | 6/2015 | Henriques et al. |
| D732,427 S | | 6/2015 | Loeb |
| D732,429 S | | 6/2015 | Loeb |
| D732,430 S | | 6/2015 | Loeb |
| D732,431 S | | 6/2015 | Loeb |
| D732,432 S | | 6/2015 | Aengenheyster |
| D732,433 S | | 6/2015 | Aengenheyster |
| D732,435 S | | 6/2015 | Mackay |
| D733,002 S | | 6/2015 | Loeb |
| D735,611 S | | 8/2015 | Aengenheyster |
| D735,627 S | | 8/2015 | Smith |
| D736,451 S | | 8/2015 | Smith |
| D739,306 S | | 9/2015 | McMahan et al. |
| D739,317 S | | 9/2015 | McMahan et al. |
| D741,223 S | | 10/2015 | Kim et al. |
| D743,309 S | | 11/2015 | Thole et al. |
| D743,313 S | | 11/2015 | Smith et al. |
| D743,314 S | | 11/2015 | Thole et al. |
| D743,857 S | | 11/2015 | McMahan et al. |
| D744,158 S | | 11/2015 | Willett et al. |
| D745,086 S | | 12/2015 | Finos et al. |
| D745,719 S | | 12/2015 | Boniface et al. |
| D745,725 S | | 12/2015 | McMahan et al. |
| D745,726 S | | 12/2015 | McMahan et al. |
| D745,837 S | | 12/2015 | Smith et al. |
| D746,726 S | | 1/2016 | Smith et al. |
| D746,727 S | | 1/2016 | Smith et al. |
| D746,728 S | | 1/2016 | Smith et al. |
| D746,729 S | | 1/2016 | Boniface et al. |
| D746,730 S | | 1/2016 | Kim et al. |
| D747,514 S | | 1/2016 | McMahan et al. |
| D747,515 S | | 1/2016 | McMahan et al. |
| D747,819 S | | 1/2016 | Thole et al. |
| D749,021 S | | 2/2016 | Boniface et al. |
| D749,026 S | | 2/2016 | Smith et al. |
| D749,027 S | | 2/2016 | McMahan et al. |
| D749,246 S | | 2/2016 | Thole et al. |
| D749,249 S | | 2/2016 | Thole et al. |
| D749,250 S | | 2/2016 | Thole et al. |
| D749,985 S | | 2/2016 | Kozub et al. |
| D749,997 S | | 2/2016 | McMahan et al. |
| D750,001 S | | 2/2016 | Thole et al. |
| D753,032 S | | 4/2016 | Smith et al. |
| D753,033 S | | 4/2016 | Thole et al. |
| D753,034 S | | 4/2016 | Thole et al. |
| D753,035 S | | 4/2016 | Boniface et al. |
| D753,559 S | | 4/2016 | McMahan et al. |
| D753,560 S | | 4/2016 | McMahan et al. |
| D753,567 S | | 4/2016 | Boniface et al. |
| D754,571 S | | 4/2016 | Boniface et al. |
| D754,572 S | | 4/2016 | McMahan et al. |
| D755,088 S | | 5/2016 | McMahan et al. |
| D756,869 S | | 5/2016 | McMahan et al. |
| D758,271 S | | 6/2016 | McMahan et al. |
| D764,975 S | | 8/2016 | Aengenheyster |
| D764,976 S | | 8/2016 | Aengenheyster |
| D767,449 S | | 9/2016 | Pevovar et al. |
| D767,450 S | | 9/2016 | Lee et al. |
| D767,451 S | | 9/2016 | Kozub et al. |
| D767,454 S | | 9/2016 | McMahan et al. |
| D767,458 S | | 9/2016 | Kim |
| D767,459 S | | 9/2016 | Kim |
| D767,460 S | | 9/2016 | Kozub et al. |
| D767,461 S | | 9/2016 | Kozub et al. |
| D771,528 S | | 11/2016 | Smith et al. |
| D771,529 S | | 11/2016 | Thole et al. |
| D771,532 S | | 11/2016 | Kapitonov |
| D771,533 S | | 11/2016 | Kapitonov |
| D772,766 S | | 11/2016 | Kozub et al. |
| D772,767 S | | 11/2016 | Kim |
| D773,084 S | | 11/2016 | Kapitonov |
| D773,086 S | | 11/2016 | McCabe et al. |
| D774,226 S | | 12/2016 | McCabe et al. |
| D775,003 S | | 12/2016 | Pevovar et al. |
| D775,007 S | | 12/2016 | Thole et al. |
| D775,010 S | | 12/2016 | Kim et al. |
| D775,021 S | * | 12/2016 | Harriton .................. D12/173 |
| D775,049 S | | 12/2016 | Scheer et al. |
| D775,549 S | | 1/2017 | Karras |
| D775,554 S | | 1/2017 | Kapitonov |
| D776,020 S | | 1/2017 | Kapitonov |
| D776,581 S | | 1/2017 | Pevovar et al. |
| D776,583 S | | 1/2017 | Scheer et al. |
| D776,841 S | | 1/2017 | Kozub et al. |
| D776,843 S | | 1/2017 | McCabe et al. |
| D776,846 S | | 1/2017 | Willett et al. |
| D777,359 S | | 1/2017 | Kozub et al. |
| D777,360 S | | 1/2017 | Kozub et al. |
| D777,361 S | | 1/2017 | Kozub et al. |
| D777,604 S | | 1/2017 | McNerney |
| D777,605 S | | 1/2017 | Ferlazzo et al. |
| D777,620 S | | 1/2017 | Pevovar et al. |
| D777,621 S | | 1/2017 | Kim |
| D777,622 S | | 1/2017 | Kozub et al. |
| D777,628 S | | 1/2017 | Kozub et al. |
| D777,955 S | | 1/2017 | Willett et al. |
| D778,212 S | | 2/2017 | Kozub et al. |
| D778,215 S | | 2/2017 | Kozub et al. |
| D778,217 S | * | 2/2017 | Ito .................. D12/173 |
| D780,064 S | | 2/2017 | Smith et al. |
| D780,067 S | | 2/2017 | Zipfel et al. |
| D780,068 S | | 2/2017 | Whitla et al. |
| D780,077 S | | 2/2017 | Kim et al. |
| D780,081 S | | 2/2017 | Lee |
| D780,084 S | | 2/2017 | Scheer et al. |
| D780,631 S | | 3/2017 | Kozub et al. |
| D780,644 S | | 3/2017 | Kim et al. |
| D781,184 S | | 3/2017 | Thole et al. |
| D781,192 S | | 3/2017 | Kozub et al. |
| D782,379 S | | 3/2017 | Wassell |
| D783,482 S | | 4/2017 | Smith et al. |
| D784,213 S | | 4/2017 | Karras |
| D784,219 S | * | 4/2017 | Jung .................. D12/173 |
| D784,223 S | | 4/2017 | Lee |
| D784,226 S | | 4/2017 | Cheng |
| D784,579 S | | 4/2017 | Cheng et al. |
| D784,877 S | | 4/2017 | Lee |
| D784,886 S | | 4/2017 | Smith et al. |
| D785,521 S | | 5/2017 | Smith et al. |
| D786,149 S | | 5/2017 | Pevovar et al. |

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D786,743 S | 5/2017 | Smith et al. |
| D786,750 S | 5/2017 | Lee |
| D787,446 S | 5/2017 | Cockerill |
| D787,984 S | 5/2017 | Fang |
| D787,988 S | 5/2017 | Lee |
| D787,989 S | 5/2017 | Kozub et al. |
| D787,990 S | 5/2017 | Kozub et al. |
| D787,992 S | 5/2017 | Lee |
| D787,993 S * | 5/2017 | McCabe .................. D12/173 |
| D788,001 S | 5/2017 | Lee |
| D788,641 S | 6/2017 | Arnold |
| D788,644 S | 6/2017 | Mueller |
| D788,645 S | 6/2017 | Mueller |
| D789,250 S | 6/2017 | Arnold |
| D789,260 S | 6/2017 | Smith et al. |
| D789,575 S | 6/2017 | Willett |
| D789,841 S | 6/2017 | Lee |
| D789,849 S | 6/2017 | Lee |
| D797,603 S * | 9/2017 | Noone ..................... D12/91 |
| D804,372 S * | 12/2017 | Kozub ..................... D12/173 |
| D813,757 S * | 3/2018 | Kozub ..................... D12/173 |
| D813,758 S * | 3/2018 | Gonzales ................. D12/173 |
| D815,574 S * | 4/2018 | Mainville ................ D12/173 |
| 2011/0120791 A1* | 5/2011 | Greenwood ........ B60K 11/04 180/68.1 |

\* cited by examiner

**U.S. Patent**   Sep. 11, 2018   Sheet 1 of 3   US D828,248 S





FIG-3



FIG - 4