# Exhibit 9

US00D848318S

# United States Design Patent
## McMahan et al.

(10) Patent No.: **US D848,318 S**
(45) Date of Patent: ** **May 14, 2019**

(54) **VEHICLE FRONT UPPER BUMPER FASCIA**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Robert B. McMahan**, Bloomfield Hills, MI (US); **Gary W. Ruiz**, Royal Oak, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/580,976**

(22) Filed: **Oct. 14, 2016**

(51) **LOC (11) Cl.** ................................................. **12-16**
(52) **U.S. Cl.**
  USPC ........................................................ **D12/163**
(58) **Field of Classification Search**
  USPC ...... D12/86, 90, 91, 92, 163, 169, 171, 196, D12/216
  CPC ......... B60R 19/02; B60R 19/04; B62D 25/00; B62D 25/06; B62D 25/08; B62D 35/00
  See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D528,051 S * | 9/2006 | Fukui .................. D12/169 |
| D537,389 S * | 2/2007 | Beigel .................. D12/169 |
| D570,742 S | 6/2008 | Takagi et al. |
| D584,199 S * | 1/2009 | Leclercq .............. D12/169 |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D598,827 S * | 8/2009 | Kanai .................. D12/169 |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D626,042 S * | 10/2010 | Yamazaki .............. D12/169 |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Suzanne E Tisdell

(57) **CLAIM**

The ornamental design for a vehicle front upper bumper fascia, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle front upper bumper fascia;
FIG. **2** is a front view thereof;
FIG. **3** is a right side view thereof (where the left side view is omitted since the left side view is substantially a mirror image of the right side view); and,
FIG. **4** is a top view thereof.
The broken lines shown in the drawings depict portions of the vehicle front upper bumper fascia that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| D659,053 S | | 5/2012 | Ware et al. | |
| D668,182 S | | 10/2012 | Barba Franco et al. | |
| D668,183 S | | 10/2012 | Smart | |
| D678,820 S | | 3/2013 | Son et al. | |
| D678,821 S | | 3/2013 | Ikeda et al. | |
| D680,479 S | * | 4/2013 | Frei | D12/169 |
| D680,909 S | | 4/2013 | Munson et al. | |
| D680,910 S | | 4/2013 | David | |
| D684,899 S | | 6/2013 | Baker | |
| D686,536 S | | 7/2013 | McCabe et al. | |
| D687,752 S | * | 8/2013 | Fetherston | D12/169 |
| D692,798 S | | 11/2013 | Thurber | |
| D692,799 S | | 11/2013 | Smith et al. | |
| D696,157 S | | 12/2013 | Loeb | |
| D699,629 S | | 2/2014 | Ikeda et al. | |
| D700,871 S | | 3/2014 | O'Donnell et al. | |
| D702,161 S | * | 4/2014 | Hanaoka | D12/169 |
| D703,103 S | | 4/2014 | Lee | |
| D704,103 S | | 5/2014 | Mack et al. | |
| D705,132 S | | 5/2014 | Ware et al. | |
| D705,699 S | | 5/2014 | Ware et al. | |
| D711,792 S | * | 8/2014 | Tsuchida | D12/169 |
| D713,298 S | | 9/2014 | Dyson | |
| D713,764 S | | 9/2014 | Ferlazzo et al. | |
| D716,696 S | | 11/2014 | Thole et al. | |
| D716,706 S | | 11/2014 | Thole et al. | |
| D716,709 S | | 11/2014 | Thole et al. | |
| D717,220 S | * | 11/2014 | Murakawa | D12/169 |
| D717,696 S | | 11/2014 | Thole et al. | |
| D718,189 S | | 11/2014 | Krieg et al. | |
| D718,683 S | | 12/2014 | Thole et al. | |
| D721,305 S | * | 1/2015 | George | D12/169 |
| D722,282 S | | 2/2015 | Loeb | |
| D722,533 S | | 2/2015 | Thole et al. | |
| D722,534 S | | 2/2015 | Munson et al. | |
| D724,510 S | | 3/2015 | McMahan et al. | |
| D725,001 S | | 3/2015 | McMahan et al. | |
| D726,591 S | | 4/2015 | Jacob | |
| D728,422 S | * | 5/2015 | Minami | D12/91 |
| D730,776 S | | 6/2015 | Smart | |
| D730,783 S | | 6/2015 | Henriques et al. | |
| D732,427 S | | 6/2015 | Loeb | |
| D732,429 S | | 6/2015 | Loeb | |
| D732,430 S | | 6/2015 | Loeb | |
| D732,431 S | | 6/2015 | Loeb | |
| D732,432 S | | 6/2015 | Aengenheyster | |
| D732,433 S | * | 6/2015 | Aengenheyster | D12/91 |
| D732,435 S | | 6/2015 | Mackay | |
| D733,002 S | | 6/2015 | Loeb | |
| D735,611 S | | 8/2015 | Aengenheyster | |
| D735,627 S | | 8/2015 | Smith | |
| D736,451 S | | 8/2015 | Smith | |
| D739,306 S | | 9/2015 | McMahan et al. | |
| D739,317 S | | 9/2015 | McMahan et al. | |
| D740,186 S | * | 10/2015 | Gunnarson | D12/169 |
| D741,223 S | | 10/2015 | Kim et al. | |
| D743,309 S | | 11/2015 | Thole et al. | |
| D743,313 S | | 11/2015 | Smith et al. | |
| D743,314 S | | 11/2015 | Thole et al. | |
| D743,857 S | | 11/2015 | McMahan et al. | |
| D744,158 S | | 11/2015 | Willett et al. | |
| D745,086 S | | 12/2015 | Finos et al. | |
| D745,446 S | * | 12/2015 | Takahashi | D12/169 |
| D745,719 S | | 12/2015 | Boniface et al. | |
| D745,725 S | | 12/2015 | McMahan et al. | |
| D745,726 S | | 12/2015 | McMahan et al. | |
| D745,837 S | | 12/2015 | Smith et al. | |
| D746,726 S | | 1/2016 | Smith et al. | |
| D746,727 S | | 1/2016 | Smith et al. | |
| D746,728 S | | 1/2016 | Smith et al. | |
| D746,729 S | | 1/2016 | Boniface et al. | |
| D746,730 S | | 1/2016 | Kim et al. | |
| D746,733 S | * | 1/2016 | Behmer | D12/169 |
| D747,514 S | | 1/2016 | McMahan et al. | |
| D747,515 S | | 1/2016 | McMahan et al. | |
| D747,819 S | | 1/2016 | Thole et al. | |
| D749,021 S | | 2/2016 | Boniface et al. | |
| D749,026 S | | 2/2016 | Smith et al. | |
| D749,027 S | | 2/2016 | McMahan et al. | |
| D749,246 S | | 2/2016 | Thole et al. | |
| D749,249 S | | 2/2016 | Thole et al. | |
| D749,250 S | | 2/2016 | Thole et al. | |
| D749,473 S | * | 2/2016 | Lee | D12/169 |
| D749,985 S | | 2/2016 | Kozub et al. | |
| D749,997 S | | 2/2016 | McMahan et al. | |
| D749,999 S | * | 2/2016 | Curic | D12/169 |
| D750,000 S | * | 2/2016 | Han | D12/169 |
| D750,001 S | | 2/2016 | Thole et al. | |
| D750,539 S | * | 3/2016 | Iwauchi | D12/169 |
| D753,032 S | | 4/2016 | Smith et al. | |
| D753,033 S | | 4/2016 | Thole et al. | |
| D753,034 S | | 4/2016 | Thole et al. | |
| D753,035 S | | 4/2016 | Boniface et al. | |
| D753,559 S | | 4/2016 | McMahan et al. | |
| D753,560 S | | 4/2016 | McMahan et al. | |
| D753,567 S | | 4/2016 | Boniface et al. | |
| D754,571 S | | 4/2016 | Boniface et al. | |
| D754,572 S | | 4/2016 | McMahan et al. | |
| D755,088 S | | 5/2016 | McMahan et al. | |
| D756,862 S | * | 5/2016 | Wada | D12/169 |
| D756,869 S | | 5/2016 | McMahan et al. | |
| D757,607 S | * | 5/2016 | Nissl | D12/91 |
| D758,271 S | | 6/2016 | McMahan et al. | |
| D760,132 S | * | 6/2016 | Choi | D12/169 |
| D760,631 S | * | 7/2016 | Choi | D12/169 |
| D762,532 S | * | 8/2016 | Tsutamori | D12/169 |
| D762,533 S | * | 8/2016 | Tsutamori | D12/169 |
| D763,139 S | * | 8/2016 | Giolito | D12/91 |
| D763,746 S | * | 8/2016 | Tsutamori | D12/169 |
| D764,975 S | * | 8/2016 | Aengenheyster | D12/91 |
| D767,449 S | | 9/2016 | Pevovar et al. | |
| D767,450 S | | 9/2016 | Lee et al. | |
| D767,451 S | | 9/2016 | Kozub et al. | |
| D767,454 S | | 9/2016 | McMahan et al. | |
| D767,458 S | | 9/2016 | Kim | |
| D767,459 S | | 9/2016 | Kim | |
| D767,460 S | | 9/2016 | Kozub et al. | |
| D767,461 S | | 9/2016 | Kozub et al. | |
| D770,337 S | * | 11/2016 | Wolff | D12/169 |
| D770,950 S | * | 11/2016 | Bucher | D12/169 |
| D771,532 S | * | 11/2016 | Kapitonov | D12/169 |
| D772,117 S | * | 11/2016 | Davidson | D12/169 |
| D773,348 S | * | 12/2016 | Munakata | D12/169 |
| D773,350 S | * | 12/2016 | Lee | D12/169 |
| D773,965 S | * | 12/2016 | Morikawa | D12/169 |
| D774,428 S | * | 12/2016 | Davidson | D12/169 |
| D775,560 S | * | 1/2017 | Choi | D12/169 |
| D777,605 S | * | 1/2017 | Ferlazzo | D12/92 |
| D780,631 S | * | 3/2017 | Kozub | D12/169 |
| D781,180 S | * | 3/2017 | Minami | D12/91 |
| D783,473 S | * | 4/2017 | Lee | D12/169 |
| D784,857 S | * | 4/2017 | Ishii | D12/91 |
| D786,149 S | * | 5/2017 | Pevovar | D12/169 |
| D786,748 S | * | 5/2017 | Hellwig | D12/169 |
| D787,990 S | * | 5/2017 | Kozub | D12/169 |
| D790,406 S | * | 6/2017 | Futschik | D12/92 |
| D792,297 S | * | 7/2017 | Komuro | D12/169 |
| D792,815 S | * | 7/2017 | Kozub | D12/169 |
| D792,816 S | * | 7/2017 | Kozub | D12/169 |
| D793,296 S | * | 8/2017 | Smith | D12/169 |
| D793,921 S | * | 8/2017 | Takamatsu | D12/169 |
| D797,618 S | * | 9/2017 | Suzuki | D12/169 |
| D800,035 S | * | 10/2017 | Takamatsu | D12/169 |
| D800,614 S | * | 10/2017 | Park | D12/169 |
| D800,615 S | * | 10/2017 | Park | D12/169 |
| D800,617 S | * | 10/2017 | Jang | D12/169 |
| D801,237 S | * | 10/2017 | Jang | D12/169 |
| D801,240 S | * | 10/2017 | Yang | D12/169 |
| D801,882 S | * | 11/2017 | Kozub | D12/169 |
| D801,885 S | * | 11/2017 | Melikian | D12/169 |
| D802,499 S | * | 11/2017 | Choi | D12/169 |
| D802,501 S | * | 11/2017 | Han | D12/169 |
| D803,112 S | * | 11/2017 | Tomita | D12/169 |
| D804,996 S | * | 12/2017 | Sahara | D12/91 |

US D848,318 S
Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D805,449 S | * | 12/2017 | Chung | D12/169 |
| D806,618 S | * | 1/2018 | Lesnik | D12/169 |
| D807,248 S | * | 1/2018 | Piscitelli | D12/169 |
| D807,252 S | * | 1/2018 | Piscitelli | D12/169 |
| D807,256 S | * | 1/2018 | Piscitelli | D12/169 |
| D807,258 S | * | 1/2018 | Patel | D12/169 |

\* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4