# Exhibit 10

US00D856874S

(12) **United States Design Patent**
**Kozub**

(10) **Patent No.: US D856,874 S**
(45) **Date of Patent: ** *Aug. 20, 2019**

(54) **VEHICLE BUMPER BAR**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Timothy P. Kozub**, Troy, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/609,072**

(22) Filed: **Jun. 28, 2017**

(51) **LOC (12) Cl.** ............................................. **12-16**

(52) **U.S. Cl.**
USPC ........................................ **D12/172**; D12/169

(58) **Field of Classification Search**
USPC ...... D12/86, 90, 91, 92, 163, 164, 169, 171, D12/172, 196, 216
CPC ......... B60R 19/02; B60R 19/18; B60R 19/24; B60R 19/56; B60R 2019/007
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D247,745 S | * | 4/1978 | Tixier | D12/172 |
| D280,399 S | * | 9/1985 | Wilsgaard | D12/172 |
| D425,837 S | * | 5/2000 | Runfola | D12/169 |
| D431,506 S | * | 10/2000 | Runfola | D12/169 |
| D486,767 S | * | 2/2004 | Bulger | D12/172 |
| D515,989 S | * | 2/2006 | Choi | D12/169 |
| D567,156 S | * | 4/2008 | Hutchins | D12/169 |
| D570,742 S | | 6/2008 | Takagi et al. | |
| D592,105 S | | 5/2009 | Dean et al. | |
| D597,447 S | | 8/2009 | Folden | |
| D600,595 S | | 9/2009 | Nakamura et al. | |
| D601,925 S | | 10/2009 | O'Donnell | |
| D603,755 S | | 11/2009 | Peters | |
| D604,203 S | | 11/2009 | O'Donnell | |
| D605,082 S | | 12/2009 | Munson | |
| D605,083 S | | 12/2009 | Manoogian, II et al. | |
| D605,977 S | | 12/2009 | Zipfel et al. | |
| D605,978 S | | 12/2009 | Wolff et al. | |
| D608,249 S | | 1/2010 | Peters | |
| D608,690 S | | 1/2010 | Folden et al. | |
| D608,691 S | | 1/2010 | Zak, Jr. et al. | |
| D609,608 S | | 2/2010 | Boniface et al. | |
| D611,387 S | | 3/2010 | Thompson et al. | |
| D611,879 S | | 3/2010 | Kim et al. | |
| D612,297 S | | 3/2010 | Peters et al. | |
| D613,645 S | | 4/2010 | Song et al. | |
| D615,458 S | | 5/2010 | Thompson et al. | |
| D618,595 S | | 6/2010 | Ware et al. | |
| D623,090 S | | 9/2010 | Cox et al. | |
| D624,471 S | * | 9/2010 | Green | D12/169 |
| D627,262 S | | 11/2010 | Ikeda et al. | |
| D635,488 S | | 4/2011 | Phipps | |
| D644,147 S | | 8/2011 | Suh et al. | |

(Continued)

*Primary Examiner* — Darlington Ly

(57) **CLAIM**

The ornamental design for a vehicle bumper bar, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and left side perspective view of a vehicle bumper bar showing our new design;
FIG. **2** is a left end elevation view thereof;
FIG. **3** is a front elevation view thereof; and,
FIG. **4** is a top plan view thereof.
The right end elevation view is omitted, because the right end elevation view is a mirror image to the left end elevation view.
The broken lines shown in the drawings depict portions of the vehicle bumper bar that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

D644,567 S 9/2011 Kozub
D657,718 S 4/2012 Zipfel et al.
D659,052 S 5/2012 Ware et al.
D659,053 S 5/2012 Ware et al.
D668,182 S 10/2012 Barba Franco et al.
D668,183 S 10/2012 Smart
D678,820 S 3/2013 Son et al.
D678,821 S 3/2013 Ikeda et al.
D680,909 S 4/2013 Munson et al.
D680,910 S 4/2013 David
D684,509 S * 6/2013 Noll ............................ D12/172
D684,899 S 6/2013 Baker
D686,536 S 7/2013 McCabe et al.
D692,798 S 11/2013 Thurber
D692,799 S 11/2013 Smith et al.
D696,157 S 12/2013 Loeb
D699,629 S 2/2014 Ikeda et al.
D700,871 S 3/2014 O'Donnell et al.
D703,103 S 4/2014 Lee
D704,103 S 5/2014 Mack et al.
D705,132 S 5/2014 Ware et al.
D705,699 S 5/2014 Ware et al.
D713,298 S 9/2014 Dyson
D713,764 S 9/2014 Ferlazzo et al.
D716,696 S 11/2014 Thole et al.
D716,706 S 11/2014 Thole et al.
D716,709 S 11/2014 Thole et al.
D717,696 S 11/2014 Thole et al.
D718,189 S 11/2014 Krieg et al.
D718,683 S 12/2014 Thole et al.
D722,282 S 2/2015 Loeb
D722,533 S 2/2015 Thole et al.
D722,534 S 2/2015 Munson et al.
D724,510 S 3/2015 McMahan et al.
D725,001 S 3/2015 McMahan et al.
D726,591 S 4/2015 Jacob
D730,776 S 6/2015 Smart
D730,783 S 6/2015 Henriques et al.
D732,427 S 6/2015 Loeb
D732,429 S 6/2015 Loeb
D732,430 S 6/2015 Loeb
D732,431 S 6/2015 Loeb
D732,432 S 6/2015 Aengenheyster
D732,433 S 6/2015 Aengenheyster
D732,435 S 6/2015 Mackay
D733,002 S 6/2015 Loeb
D735,611 S 8/2015 Aengenheyster
D735,627 S 8/2015 Smith
D736,451 S 8/2015 Smith
D739,306 S 9/2015 McMahan et al.
D739,317 S 9/2015 McMahan et al.
D741,223 S 10/2015 Kim et al.
D743,309 S 11/2015 Thole et al.
D743,313 S 11/2015 Smith et al.
D743,314 S 11/2015 Thole et al.
D743,857 S 11/2015 McMahan et al.
D744,158 S 11/2015 Willett et al.
D745,086 S 12/2015 Finos et al.
D745,719 S 12/2015 Boniface et al.
D745,725 S 12/2015 McMahan et al.
D745,726 S 12/2015 McMahan et al.
D745,837 S 12/2015 Smith et al.
D746,726 S 1/2016 Smith et al.
D746,727 S 1/2016 Smith et al.
D746,728 S 1/2016 Smith et al.
D746,729 S 1/2016 Boniface et al.
D746,730 S 1/2016 Kim et al.
D747,514 S 1/2016 McMahan et al.
D747,515 S 1/2016 McMahan et al.
D747,819 S 1/2016 Thole et al.
D749,021 S 2/2016 Boniface et al.
D749,026 S 2/2016 Smith et al.
D749,027 S 2/2016 McMahan et al.
D749,246 S 2/2016 Thole et al.
D749,249 S 2/2016 Thole et al.
D749,250 S 2/2016 Thole et al.
D749,985 S 2/2016 Kozub et al.
D749,997 S 2/2016 McMahan et al.
D750,001 S 2/2016 Thole et al.
D753,032 S 4/2016 Smith et al.
D753,033 S 4/2016 Thole et al.
D753,034 S 4/2016 Thole et al.
D753,035 S 4/2016 Boniface et al.
D753,559 S 4/2016 McMahan et al.
D753,560 S 4/2016 McMahan et al.
D753,567 S 4/2016 Boniface et al.
D754,571 S 4/2016 Boniface et al.
D754,572 S 4/2016 McMahan et al.
D755,088 S 5/2016 McMahan et al.
D756,869 S 5/2016 McMahan et al.
D758,271 S 6/2016 McMahan et al.
D760,133 S * 6/2016 Bennett ........................ D12/171
D764,975 S 8/2016 Aengenheyster
D764,976 S 8/2016 Aengenheyster
D767,449 S 9/2016 Pevovar et al.
D767,450 S 9/2016 Lee et al.
D767,451 S 9/2016 Kozub et al.
D767,454 S 9/2016 McMahan et al.
D767,458 S 9/2016 Kim
D767,459 S 9/2016 Kim
D767,460 S 9/2016 Kozub et al.
D767,461 S 9/2016 Kozub et al.
D771,528 S 11/2016 Smith et al.
D771,529 S 11/2016 Thole et al.
D771,532 S 11/2016 Kapitonov
D771,533 S 11/2016 Kapitonov
D772,766 S 11/2016 Kozub et al.
D772,767 S 11/2016 Kim
D773,084 S 11/2016 Kapitonov
D773,086 S 11/2016 McCabe et al.
D774,226 S 12/2016 McCabe et al.
D775,003 S 12/2016 Pevovar et al.
D775,007 S 12/2016 Thole et al.
D775,010 S 12/2016 Kim et al.
D775,049 S 12/2016 Scheer et al.
D775,549 S 1/2017 Karras
D775,554 S 1/2017 Kapitonov
D776,020 S 1/2017 Kapitonov
D776,581 S 1/2017 Pevovar et al.
D776,582 S * 1/2017 Bennett ........................ D12/169
D776,583 S 1/2017 Scheer et al.
D776,841 S 1/2017 Kozub et al.
D776,843 S 1/2017 McCabe et al.
D776,846 S 1/2017 Willett et al.
D777,359 S 1/2017 Kozub et al.
D777,360 S 1/2017 Kozub et al.
D777,361 S 1/2017 Kozub et al.
D777,604 S 1/2017 McNerney
D777,605 S 1/2017 Ferlazzo et al.
D777,619 S * 1/2017 Barajas ........................ D12/167
D777,620 S 1/2017 Pevovar et al.
D777,621 S 1/2017 Kim
D777,622 S 1/2017 Kozub et al.
D777,628 S 1/2017 Kozub et al.
D777,955 S 1/2017 Willett et al.
D778,212 S 2/2017 Kozub et al.
D778,215 S 2/2017 Kozub et al.
D780,064 S 2/2017 Smith et al.
D780,067 S 2/2017 Zipfel et al.
D780,068 S 2/2017 Whitla et al.
D780,077 S 2/2017 Kim et al.
D780,081 S 2/2017 Lee
D780,084 S 2/2017 Scheer et al.
D780,631 S 3/2017 Kozub et al.
D780,644 S 3/2017 Kim et al.
D781,184 S 3/2017 Thole et al.
D781,192 S 3/2017 Kozub et al.
D782,379 S 3/2017 Wassell
D783,482 S 4/2017 Smith et al.
D784,213 S 4/2017 Karras
D784,223 S 4/2017 Lee
D784,226 S 4/2017 Cheng
D784,579 S 4/2017 Cheng et al.
D784,877 S 4/2017 Lee

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D784,886 S | | 4/2017 | Smith et al. | |
| D785,521 S | | 5/2017 | Smith et al. | |
| D786,149 S | | 5/2017 | Pevovar et al. | |
| D786,743 S | | 5/2017 | Smith et al. | |
| D786,750 S | | 5/2017 | Lee | |
| D787,446 S | | 5/2017 | Cockerill | |
| D787,984 S | | 5/2017 | Fang | |
| D787,988 S | | 5/2017 | Lee | |
| D787,989 S | | 5/2017 | Kozub et al. | |
| D787,990 S | | 5/2017 | Kozub et al. | |
| D787,992 S | | 5/2017 | Lee | |
| D787,993 S | | 5/2017 | McCabe et al. | |
| D788,001 S | | 5/2017 | Lee | |
| D788,641 S | | 6/2017 | Arnold | |
| D788,644 S | | 6/2017 | Mueller | |
| D788,645 S | | 6/2017 | Mueller | |
| D789,250 S | | 6/2017 | Arnold | |
| D789,260 S | | 6/2017 | Smith | |
| D789,575 S | | 6/2017 | Willett | |
| D789,841 S | | 6/2017 | Lee | |
| D789,849 S | | 6/2017 | Lee | |
| D792,817 S | * | 7/2017 | McMath | D12/169 |
| D800,036 S | * | 10/2017 | Bennett | D12/169 |
| D826,115 S | * | 8/2018 | Chi | D12/172 |
| 2017/0088076 A1 | * | 3/2017 | Fujimoto | B60R 19/44 |

* cited by examiner

U.S. Patent Aug. 20, 2019 Sheet 1 of 2 US D856,874 S

FIG - 1
FIG - 2

FIG - 3
FIG - 4