# Exhibit 11

US00D818406S

| (12) | United States Design Patent | (10) Patent No.: | US D818,406 S |
|---|---|---|---|
| | McMahan et al. | (45) Date of Patent: ** | May 22, 2018 |

(54) **VEHICLE FRONT FENDER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Robert B. McMahan**, Bloomfield Hills, MI (US); **Gary W. Ruiz**, Royal Oak, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/581,001**

(22) Filed: **Oct. 14, 2016**

(51) **LOC (11) Cl.** ............................................. 12-16
(52) **U.S. Cl.**
    USPC ........................................................ **D12/184**
(58) **Field of Classification Search**
    USPC ...... D12/414, 415, 416, 417, 418, 419, 420,
    D12/421, 422, 423, 424, 425, 426, 190,
    D12/192, 195, 191, 106, 345, 96, 99, 400,
    D12/181, 184, 185, 170, 169
    CPC .. B60R 7/04; B60R 7/18; B62D 24/18; B62D
    24/16; B62D 24/161; B62D 24/168;
    B62D 24/182; B62D 24/184
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D570,742 S | | 6/2008 | Takagi et al. |
| D591,213 S | * | 4/2009 | Woolley ............... D12/184 |
| D592,105 S | | 5/2009 | Dean et al. |
| D597,447 S | | 8/2009 | Folden |
| D600,595 S | | 9/2009 | Nakamura et al. |
| D601,925 S | | 10/2009 | O'Donnell |
| D603,755 S | | 11/2009 | Peters |
| D604,203 S | | 11/2009 | O'Donnell |
| D605,082 S | | 12/2009 | Munson |
| D605,083 S | | 12/2009 | Manoogian, II et al. |
| D605,977 S | | 12/2009 | Zipfel et al. |
| D605,978 S | | 12/2009 | Wolff et al. |
| D608,249 S | | 1/2010 | Peters |
| D608,690 S | | 1/2010 | Folden et al. |
| D608,691 S | | 1/2010 | Zak, Jr. et al. |
| D609,608 S | | 2/2010 | Boniface et al. |
| D611,387 S | | 3/2010 | Thompson et al. |
| D611,879 S | | 3/2010 | Kim et al. |
| D612,297 S | | 3/2010 | Peters et al. |
| D613,645 S | | 4/2010 | Song et al. |
| D615,458 S | | 5/2010 | Thompson et al. |
| D618,595 S | | 6/2010 | Ware et al. |
| D623,090 S | | 9/2010 | Cox et al. |
| D627,262 S | | 11/2010 | Ikeda et al. |
| D635,488 S | | 4/2011 | Phipps |
| D644,147 S | | 8/2011 | Suh et al. |
| D644,567 S | | 9/2011 | Kozub |
| D654,413 S | * | 2/2012 | Okumoto ............... D12/184 |
| D657,718 S | | 4/2012 | Zipfel et al. |
| D659,052 S | | 5/2012 | Ware et al. |
| D659,053 S | | 5/2012 | Ware et al. |
| D668,182 S | | 10/2012 | Franco et al. |

(Continued)

*Primary Examiner* — Karen S Acker
*Assistant Examiner* — Jerry Shiuan-Hua Hsu
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front fender, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle front fender;
FIG. **2** is a front view thereof;
FIG. **3** is a side view thereof; and,
FIG. **4** is a top view thereof.
The broken lines shown in the drawings depict portions of the vehicle front fender that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | | Date | Inventor | |
|---|---|---|---|---|
| D668,183 S | | 10/2012 | Smart | |
| D678,820 S | | 3/2013 | Son et al. | |
| D678,821 S | | 3/2013 | Ikeda et al. | |
| D680,909 S | | 4/2013 | Munson et al. | |
| D680,910 S | | 4/2013 | David | |
| D683,679 S | * | 6/2013 | Platto | D12/184 |
| D684,899 S | | 6/2013 | Baker | |
| D686,536 S | | 7/2013 | McCabe et al. | |
| D692,798 S | | 11/2013 | Thurber | |
| D692,799 S | | 11/2013 | Smith et al. | |
| D696,157 S | | 12/2013 | Loeb | |
| D697,843 S | * | 1/2014 | Suga | D12/184 |
| D699,629 S | | 2/2014 | Ikeda et al. | |
| D700,871 S | | 3/2014 | O'Donnell et al. | |
| D703,103 S | | 4/2014 | Lee | |
| D704,103 S | | 5/2014 | Mack et al. | |
| D705,132 S | | 5/2014 | Ware et al. | |
| D705,699 S | | 5/2014 | Ware et al. | |
| D713,298 S | | 9/2014 | Dyson | |
| D713,764 S | | 9/2014 | Ferlazzo et al. | |
| D716,696 S | | 11/2014 | Thole et al. | |
| D716,706 S | | 11/2014 | Thole et al. | |
| D716,709 S | | 11/2014 | Thole et al. | |
| D717,696 S | | 11/2014 | Thole et al. | |
| D718,189 S | | 11/2014 | Krieg et al. | |
| D718,683 S | | 12/2014 | Thole et al. | |
| D718,687 S | * | 12/2014 | Ishizuka | D12/184 |
| D722,282 S | | 2/2015 | Loeb | |
| D722,533 S | | 2/2015 | Thole et al. | |
| D722,534 S | | 2/2015 | Munson et al. | |
| D724,510 S | | 3/2015 | McMahan et al. | |
| D725,001 S | | 3/2015 | McMahan et al. | |
| D726,591 S | | 4/2015 | Jacob | |
| D730,776 S | | 6/2015 | Smart | |
| D730,783 S | | 6/2015 | Henriques et al. | |
| D731,373 S | * | 6/2015 | Howell | D12/184 |
| D732,427 S | | 6/2015 | Loeb | |
| D732,429 S | | 6/2015 | Loeb | |
| D732,430 S | | 6/2015 | Loeb | |
| D732,431 S | | 6/2015 | Loeb | |
| D732,432 S | | 6/2015 | Aengenheyster | |
| D732,433 S | | 6/2015 | Aengenheyster | |
| D732,435 S | | 6/2015 | Mackay | |
| D733,002 S | | 6/2015 | Loeb | |
| D735,611 S | | 8/2015 | Aengenheyster | |
| D735,627 S | | 8/2015 | Smith | |
| D736,451 S | | 8/2015 | Smith | |
| D739,306 S | | 9/2015 | McMahan et al. | |
| D739,317 S | | 9/2015 | McMahan et al. | |
| D740,188 S | * | 10/2015 | Blanski | D12/184 |
| D741,223 S | | 10/2015 | Kim et al. | |
| D743,309 S | | 11/2015 | Thole et al. | |
| D743,313 S | | 11/2015 | Smith et al. | |
| D743,314 S | | 11/2015 | Thole et al. | |
| D743,857 S | | 11/2015 | McMahan et al. | |
| D744,158 S | | 11/2015 | Willett et al. | |
| D745,086 S | | 12/2015 | Finos et al. | |
| D745,719 S | | 12/2015 | Boniface et al. | |
| D745,725 S | | 12/2015 | McMahan et al. | |
| D745,726 S | | 12/2015 | McMahan et al. | |
| D745,837 S | | 12/2015 | Smith et al. | |
| D746,726 S | | 1/2016 | Smith et al. | |
| D746,727 S | | 1/2016 | Smith et al. | |
| D746,728 S | | 1/2016 | Smith et al. | |
| D746,729 S | | 1/2016 | Boniface et al. | |
| D746,730 S | | 1/2016 | Kim et al. | |
| D747,514 S | | 1/2016 | McMahan et al. | |
| D747,515 S | | 1/2016 | McMahan et al. | |
| D747,819 S | | 1/2016 | Thole et al. | |
| D749,021 S | | 2/2016 | Boniface et al. | |
| D749,026 S | | 2/2016 | Smith et al. | |
| D749,027 S | | 2/2016 | McMahan et al. | |
| D749,246 S | | 2/2016 | Thole et al. | |
| D749,249 S | | 2/2016 | Thole et al. | |
| D749,250 S | | 2/2016 | Thole et al. | |
| D749,985 S | | 2/2016 | Kozub et al. | |
| D749,997 S | | 2/2016 | McMahan et al. | |
| D750,001 S | | 2/2016 | Thole et al. | |
| D753,032 S | | 4/2016 | Smith et al. | |
| D753,033 S | | 4/2016 | Thole et al. | |
| D753,034 S | | 4/2016 | Thole et al. | |
| D753,035 S | | 4/2016 | Boniface et al. | |
| D753,559 S | | 4/2016 | McMahan et al. | |
| D753,560 S | | 4/2016 | McMahan et al. | |
| D753,567 S | | 4/2016 | Boniface et al. | |
| D754,571 S | | 4/2016 | Boniface et al. | |
| D754,572 S | | 4/2016 | McMahan et al. | |
| D755,088 S | | 5/2016 | McMahan et al. | |
| D755,096 S | * | 5/2016 | Wolff | D12/184 |
| D756,869 S | | 5/2016 | McMahan et al. | |
| D758,271 S | | 6/2016 | McMahan et al. | |
| D758,935 S | * | 6/2016 | Platto | D12/184 |
| D763,753 S | * | 8/2016 | Hammoud | D12/184 |
| D767,449 S | | 9/2016 | Pevovar et al. | |
| D767,450 S | | 9/2016 | Lee et al. | |
| D767,451 S | | 9/2016 | Kozub et al. | |
| D767,454 S | | 9/2016 | McMahan et al. | |
| D767,458 S | | 9/2016 | Kim | |
| D767,459 S | | 9/2016 | Kim | |
| D767,460 S | | 9/2016 | Kozub et al. | |
| D767,461 S | | 9/2016 | Kozub et al. | |
| D768,551 S | * | 10/2016 | Arroba | D12/196 |
| D769,162 S | * | 10/2016 | Rodriguez | D12/184 |
| D789,856 S | * | 6/2017 | Wolff | D12/196 |

* cited by examiner



FIG. 1

FIG. 2



FIG. 3



FIG. 4