# Exhibit 14

US00D883155S

| (12) | **United States Design Patent** | (10) Patent No.: | **US D883,155 S** |
|---|---|---|---|
| | Izard | (45) Date of Patent: ** | **May 5, 2020** |

(54) **VEHICLE FENDER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Brian M. Izard**, Northville, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/642,243**

(22) Filed: **Mar. 28, 2018**

(51) **LOC (12) Cl.** ............................................. 12-16
(52) **U.S. Cl.**
    USPC ....................................................... **D12/184**
(58) **Field of Classification Search**
    USPC .......................... D12/114, 181, 184; D15/28
    CPC ................................ B62D 25/16; B62D 25/18
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D570,742 S | 6/2008 | Takagi et al. |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D668,182 S | 10/2012 | Barba Franco et al. |
| D668,183 S | 10/2012 | Smart |
| D678,820 S | 3/2013 | Son et al. |
| D678,821 S | 3/2013 | Ikeda et al. |
| D680,909 S | 4/2013 | Munson et al. |

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Suzanne E Tisdell

(57) **CLAIM**

The ornamental design for a vehicle fender, as shown and described.

**DESCRIPTION**

FIG. 1 is a front and left perspective view of the vehicle fender according to the present disclosure;
FIG. 2 is a top plan view thereof;
FIG. 3 is a front elevation view thereof; and,
FIG. 4 is a left end elevation view thereof.
The second embodiment of the vehicle fender is a mirror image of the first embodiment disclosed in FIGS. 1 through 4 and is not shown.
The broken lines shown in the drawings depict portions of the vehicle fender that form no part of the claimed design. The shade lines in the figures show contour and not surface ornamentation.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | Date | Name |
|---|---|---|
| D680,910 S | 4/2013 | David |
| D684,899 S | 6/2013 | Baker |
| D686,536 S | 7/2013 | McCabe et al. |
| D692,798 S | 11/2013 | Thurber |
| D692,799 S | 11/2013 | Smith et al. |
| D696,157 S | 12/2013 | Loeb |
| D699,629 S | 2/2014 | Ikeda et al. |
| D700,871 S | 3/2014 | O'Donnell et al. |
| D703,103 S | 4/2014 | Lee |
| D704,103 S | 5/2014 | Mack et al. |
| D705,132 S | 5/2014 | Ware et al. |
| D705,699 S | 5/2014 | Ware et al. |
| D713,298 S | 9/2014 | Dyson |
| D713,764 S | 9/2014 | Ferlazzo et al. |
| D716,696 S | 11/2014 | Thole et al. |
| D716,706 S | 11/2014 | Thole et al. |
| D716,709 S | 11/2014 | Thole et al. |
| D717,696 S | 11/2014 | Thole et al. |
| D718,189 S | 11/2014 | Krieg et al. |
| D718,683 S | 12/2014 | Thole et al. |
| D722,282 S | 2/2015 | Loeb |
| D722,533 S | 2/2015 | Thole et al. |
| D722,534 S | 2/2015 | Munson et al. |
| D724,510 S | 3/2015 | McMahan et al. |
| D725,001 S | 3/2015 | McMahan et al. |
| D726,591 S | 4/2015 | Jacob |
| D730,776 S | 6/2015 | Smart |
| D730,783 S | 6/2015 | Henriques et al. |
| D732,427 S | 6/2015 | Loeb |
| D732,429 S | 6/2015 | Loeb |
| D732,430 S | 6/2015 | Loeb |
| D732,431 S | 6/2015 | Loeb |
| D732,432 S | 6/2015 | Aengenheyster |
| D732,433 S | 6/2015 | Aengenheyster |
| D732,435 S | 6/2015 | Mackay |
| D733,002 S | 6/2015 | Loeb |
| D735,611 S | 8/2015 | Aengenheyster |
| D735,627 S | 8/2015 | Smith |
| D736,451 S | 8/2015 | Smith |
| D739,306 S | 9/2015 | McMahan et al. |
| D739,317 S | 9/2015 | McMahan et al. |
| D741,223 S | 10/2015 | Kim et al. |
| D743,309 S | 11/2015 | Thole et al. |
| D743,313 S | 11/2015 | Smith et al. |
| D743,314 S | 11/2015 | Thole et al. |
| D743,857 S | 11/2015 | McMahan et al. |
| D744,158 S | 11/2015 | Willett et al. |
| D745,086 S | 12/2015 | Finos et al. |
| D745,719 S | 12/2015 | Boniface et al. |
| D745,725 S | 12/2015 | McMahan et al. |
| D745,726 S | 12/2015 | McMahan et al. |
| D745,837 S | 12/2015 | Smith et al. |
| D746,726 S | 1/2016 | Smith et al. |
| D746,727 S | 1/2016 | Smith et al. |
| D746,728 S | 1/2016 | Smith et al. |
| D746,729 S | 1/2016 | Boniface et al. |
| D746,730 S | 1/2016 | Kim et al. |
| D747,514 S | 1/2016 | McMahan et al. |
| D747,515 S | 1/2016 | McMahan et al. |
| D747,819 S | 1/2016 | Thole et al. |
| D749,021 S | 2/2016 | Boniface et al. |
| D749,026 S | 2/2016 | Smith et al. |
| D749,027 S | 2/2016 | McMahan et al. |
| D749,246 S | 2/2016 | Thole et al. |
| D749,249 S | 2/2016 | Thole et al. |
| D749,250 S | 2/2016 | Thole et al. |
| D749,985 S | 2/2016 | Kozub et al. |
| D749,997 S | 2/2016 | McMahan et al. |
| D750,001 S | 2/2016 | Thole et al. |
| 9,278,716 B1 * | 3/2016 | Joseph .................. B62D 25/18 |
| D753,032 S | 4/2016 | Smith et al. |
| D753,033 S | 4/2016 | Thole et al. |
| D753,034 S | 4/2016 | Thole et al. |
| D753,035 S | 4/2016 | Boniface et al. |
| D753,559 S | 4/2016 | McMahan et al. |
| D753,560 S | 4/2016 | McMahan et al. |
| D753,567 S | 4/2016 | Boniface et al. |
| D754,571 S | 4/2016 | Boniface et al. |
| D754,572 S | 4/2016 | McMahan et al. |
| D755,088 S | 5/2016 | McMahan et al. |
| D756,869 S | 5/2016 | McMahan et al. |
| D756,870 S * | 5/2016 | Tsutamori .................. D12/184 |
| D758,271 S | 6/2016 | McMahan et al. |
| D758,935 S * | 6/2016 | Platto .................. D12/184 |
| D764,975 S | 8/2016 | Aengenheyster |
| D764,976 S | 8/2016 | Aengenheyster |
| 9,403,557 B1 * | 8/2016 | Sharma .................. C21D 1/06 |
| D767,449 S | 9/2016 | Pevovar et al. |
| D767,450 S | 9/2016 | Lee et al. |
| D767,451 S | 9/2016 | Kozub et al. |
| D767,454 S | 9/2016 | McMahan et al. |
| D767,458 S | 9/2016 | Kim |
| D767,459 S | 9/2016 | Kim |
| D767,460 S | 9/2016 | Kozub et al. |
| D767,461 S | 9/2016 | Kozub et al. |
| D771,528 S | 11/2016 | Smith et al. |
| D771,529 S | 11/2016 | Thole et al. |
| D771,532 S | 11/2016 | Kapitonov |
| D771,533 S | 11/2016 | Kapitonov |
| D772,766 S | 11/2016 | Kozub et al. |
| D772,767 S | 11/2016 | Kim |
| D773,084 S | 11/2016 | Kapitonov |
| D773,086 S | 11/2016 | McCabe et al. |
| 9,487,238 B2 * | 11/2016 | Iwano .................. B62D 25/025 |
| D774,226 S | 12/2016 | McCabe et al. |
| D775,003 S | 12/2016 | Pevovar et al. |
| D775,007 S | 12/2016 | Thole et al. |
| D775,010 S | 12/2016 | Kim et al. |
| D775,031 S * | 12/2016 | Frascella .................. D12/184 |
| D775,049 S | 12/2016 | Scheer et al. |
| D775,549 S | 1/2017 | Karras |
| D775,554 S | 1/2017 | Kapitonov |
| D776,020 S | 1/2017 | Kapitonov |
| D776,581 S | 1/2017 | Pevovar et al. |
| D776,583 S | 1/2017 | Scheer et al. |
| D776,841 S | 1/2017 | Kozub et al. |
| D776,843 S | 1/2017 | McCabe et al. |
| D776,846 S | 1/2017 | Willett et al. |
| D777,359 S | 1/2017 | Kozub et al. |
| D777,360 S | 1/2017 | Kozub et al. |
| D777,361 S | 1/2017 | Kozub et al. |
| D777,604 S | 1/2017 | McNerney |
| D777,605 S | 1/2017 | Ferlazzo et al. |
| D777,620 S | 1/2017 | Pevovar et al. |
| D777,621 S | 1/2017 | Kim |
| D777,622 S | 1/2017 | Kozub et al. |
| D777,628 S | 1/2017 | Kozub et al. |
| D777,955 S | 1/2017 | Willett et al. |
| D778,212 S | 2/2017 | Kozub et al. |
| D778,215 S | 2/2017 | Kozub et al. |
| D780,064 S | 2/2017 | Smith et al. |
| D780,067 S | 2/2017 | Zipfel et al. |
| D780,068 S | 2/2017 | Whitla et al. |
| D780,077 S | 2/2017 | Kim et al. |
| D780,081 S | 2/2017 | Lee |
| D780,084 S | 2/2017 | Scheer et al. |
| D780,631 S | 3/2017 | Kozub et al. |
| D780,644 S | 3/2017 | Kim et al. |
| D781,184 S | 3/2017 | Thole et al. |
| D781,192 S | 3/2017 | Kozub et al. |
| D782,379 S | 3/2017 | Wassell |
| D783,482 S | 4/2017 | Smith et al. |
| D784,213 S | 4/2017 | Karras |
| D784,223 S | 4/2017 | Lee |
| D784,226 S | 4/2017 | Cheng |
| D784,579 S | 4/2017 | Cheng et al. |
| D784,877 S | 4/2017 | Lee |
| D784,886 S | 4/2017 | Smith et al. |
| D785,521 S | 5/2017 | Smith et al. |
| D786,149 S | 5/2017 | Pevovar et al. |
| D786,743 S | 5/2017 | Smith et al. |
| D786,750 S | 5/2017 | Lee |
| D787,395 S * | 5/2017 | Curic .................. D12/181 |
| D787,446 S | 5/2017 | Cockerill |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| Patent | Date | Inventor |
|---|---|---|
| D787,984 S | 5/2017 | Fang |
| D787,988 S | 5/2017 | Lee |
| D787,989 S | 5/2017 | Kozub et al. |
| D787,990 S | 5/2017 | Kozub et al. |
| D787,992 S | 5/2017 | Lee |
| D787,993 S | 5/2017 | McCabe et al. |
| D788,001 S | 5/2017 | Lee |
| D788,641 S | 6/2017 | Arnold |
| D788,644 S | 6/2017 | Mueller |
| D788,645 S | 6/2017 | Mueller |
| D789,250 S | 6/2017 | Arnold |
| D789,260 S | 6/2017 | Smith |
| D789,575 S | 6/2017 | Willett |
| D789,841 S | 6/2017 | Lee |
| D789,849 S | 6/2017 | Lee |
| 9,669,876 B2 * | 6/2017 | Iwano .................... B62D 25/04 |
| D791,018 S | 7/2017 | Mylenek |
| D791,644 S | 7/2017 | Fang |
| D792,290 S | 7/2017 | Smith et al. |
| D792,293 S | 7/2017 | McCabe et al. |
| D792,294 S | 7/2017 | McCabe et al. |
| D792,295 S | 7/2017 | McCabe et al. |
| D792,815 S | 7/2017 | Kozub |
| D792,816 S | 7/2017 | Kozub |
| D793,290 S | 8/2017 | Kozub |
| D793,292 S | 8/2017 | Lee |
| D793,293 S | 8/2017 | Lee et al. |
| D793,294 S | 8/2017 | Lee |
| D793,295 S | 8/2017 | McCabe et al. |
| D793,296 S | 8/2017 | Smith et al. |
| D793,297 S | 8/2017 | Smith et al. |
| D793,299 S | 8/2017 | Krieg et al. |
| D793,300 S | 8/2017 | Krieg et al. |
| D793,301 S | 8/2017 | Kozub |
| D793,302 S | 8/2017 | Kozub |
| D793,311 S | 8/2017 | Whitla et al. |
| D793,590 S | 8/2017 | Kozub et al. |
| D793,591 S | 8/2017 | Kozub et al. |
| D793,917 S | 8/2017 | Kozub |
| D793,918 S | 8/2017 | Kozub |
| D794,229 S | 8/2017 | Barry |
| D794,230 S | 8/2017 | Kozub |
| D795,747 S | 8/2017 | Bailie |
| D795,757 S | 8/2017 | Pevovar et al. |
| D795,758 S | 8/2017 | Karras |
| D795,759 S | 8/2017 | Kozub et al. |
| D795,760 S | 8/2017 | Kozub et al. |
| D795,762 S | 8/2017 | Lee |
| D795,763 S | 8/2017 | Kozub |
| D796,088 S | 8/2017 | McCabe et al. |
| D796,093 S | 8/2017 | Mainville |
| 9,738,322 B2 * | 8/2017 | Matthiessen .......... B62D 25/02 |
| D796,390 S | 9/2017 | Pevovar et al. |
| D797,537 S | 9/2017 | Cooper et al. |
| D797,603 S | 9/2017 | Noone et al. |
| D797,614 S | 9/2017 | Lee |
| D797,616 S | 9/2017 | Lee |
| D797,624 S | 9/2017 | Nakamura |
| D797,625 S | 9/2017 | Perkins |
| D797,631 S | 9/2017 | Pevovar et al. |
| D797,632 S | 9/2017 | Zipfel et al. |
| D797,967 S | 9/2017 | Barry |
| D797,970 S | 9/2017 | Mainville |
| D797,971 S | 9/2017 | Mainville |
| D797,972 S | 9/2017 | Whitla et al. |
| D798,204 S | 9/2017 | Mainville |
| D799,384 S | 10/2017 | Kozub et al. |
| D799,385 S | 10/2017 | Kozub et al. |
| D799,386 S | 10/2017 | Kozub et al. |
| D799,728 S | 10/2017 | Whitla et al. |
| D801,236 S | 10/2017 | Kozub et al. |
| D801,577 S | 10/2017 | Ruiz |
| D801,882 S | 11/2017 | Kozub et al. |
| D802,205 S | 11/2017 | Ruiz |
| D802,478 S | 11/2017 | Perkins |
| D802,491 S | 11/2017 | Mainville |
| D802,496 S | 11/2017 | Mainville |
| D802,502 S | 11/2017 | McMahan |
| D803,119 S * | 11/2017 | Beermann .................... D12/184 |
| D803,727 S | 11/2017 | Noone et al. |
| D803,731 S | 11/2017 | Zipfel |
| D803,741 S * | 11/2017 | Tsubaki ....................... D12/184 |
| D804,370 S | 12/2017 | Kozub et al. |
| D804,371 S | 12/2017 | Whitla et al. |
| D804,372 S | 12/2017 | Kozub |
| D804,378 S | 12/2017 | Perkins |
| D804,379 S | 12/2017 | McMahan |
| D805,006 S | 12/2017 | Nakamura |
| D805,013 S * | 12/2017 | Whitla ........................ D12/181 |
| D805,014 S | 12/2017 | Zipfel |
| D805,441 S | 12/2017 | Karras |
| D805,964 S | 12/2017 | Whitla |
| D805,965 S | 12/2017 | Davis |
| D805,966 S | 12/2017 | Perkins |
| D805,985 S | 12/2017 | Nakamura |
| D806,622 S * | 1/2018 | Granlund .................... D12/184 |
| D807,232 S | 1/2018 | Bailie |
| D807,239 S | 1/2018 | Perkins |
| D807,240 S | 1/2018 | Perkins |
| D807,241 S | 1/2018 | Perkins |
| D807,261 S * | 1/2018 | Zavatski ....................... D12/184 |
| D809,442 S | 2/2018 | Zipfel et al. |
| D811,269 S | 2/2018 | Thompson et al. |
| 9,890,966 B2 * | 2/2018 | Mueller ................. B62D 25/16 |
| D811,942 S | 3/2018 | Jacob |
| D811,957 S | 3/2018 | Whitla et al. |
| D811,958 S | 3/2018 | Zipfel et al. |
| D811,959 S | 3/2018 | Perkins |
| D811,960 S | 3/2018 | Nakamura |
| D811,961 S | 3/2018 | Sullivan |
| D811,962 S | 3/2018 | Sullivan |
| D811,963 S | 3/2018 | Sullivan |
| D811,964 S | 3/2018 | Perkins |
| D811,965 S | 3/2018 | Moffett et al. |
| D812,525 S | 3/2018 | Lee |
| D812,526 S | 3/2018 | Zipfel et al. |
| D812,527 S | 3/2018 | Perkins |
| D812,528 S | 3/2018 | Nakamura |
| D813,731 S | 3/2018 | McMahan |
| D813,732 S | 3/2018 | Whitla et al. |
| D813,733 S | 3/2018 | Lee |
| D813,734 S | 3/2018 | Nakamura |
| D813,740 S | 3/2018 | Park |
| D813,741 S | 3/2018 | Perkins |
| D813,742 S | 3/2018 | McMahan et al. |
| D813,743 S | 3/2018 | Lee |
| D813,744 S | 3/2018 | Whitla et al. |
| D813,748 S | 3/2018 | Kim |
| D813,753 S | 3/2018 | Loeb |
| D813,754 S | 3/2018 | Loeb |
| D813,755 S | 3/2018 | Loeb |
| D813,756 S | 3/2018 | Loeb |
| D813,757 S | 3/2018 | Kozub |
| D813,758 S | 3/2018 | Gonzales |
| D813,759 S | 3/2018 | Perkins |
| D814,369 S | 4/2018 | Loeb |
| D814,982 S | 4/2018 | Whitla et al. |
| D814,983 S | 4/2018 | Whitla et al. |
| D815,570 S | 4/2018 | McMahan et al. |
| D815,572 S | 4/2018 | Perkins |
| D815,573 S | 4/2018 | Whitla et al. |
| D815,574 S | 4/2018 | Mainville |
| D815,985 S | 4/2018 | Mueller |
| D815,993 S | 4/2018 | Kozub et al. |
| D815,994 S | 4/2018 | Nakamura |
| D816,003 S | 4/2018 | Perkins |
| D816,558 S | 5/2018 | McMahan et al. |
| D816,559 S | 5/2018 | McMahan et al. |
| D816,561 S | 5/2018 | McMahan |
| D816,562 S | 5/2018 | Whitla et al. |
| D816,563 S | 5/2018 | McMahan et al. |
| D816,564 S | 5/2018 | Kim |
| D816,565 S | 5/2018 | Kim |
| D816,566 S | 5/2018 | Loeb |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | | Date | Name |
|---|---|---|---|
| D817,829 S | * | 5/2018 | Behmer .................... D12/184 |
| D817,836 S | | 5/2018 | McMahan et al. |
| D818,156 S | | 5/2018 | Kim et al. |
| D818,157 S | | 5/2018 | Zipfel et al. |
| D818,158 S | | 5/2018 | Zipfel et al. |
| D818,159 S | | 5/2018 | Zipfel et al. |
| D818,160 S | | 5/2018 | Perkins |
| D818,406 S | | 5/2018 | McMahan et al. |
| D818,876 S | | 5/2018 | Whitla et al. |
| D818,877 S | | 5/2018 | Nakamura et al. |
| D818,878 S | | 5/2018 | McMahan et al. |
| D818,892 S | | 5/2018 | Lee |
| D818,893 S | | 5/2018 | Kim |
| D818,903 S | | 5/2018 | Zipfel et al. |
| D818,906 S | | 5/2018 | McMahan |
| D818,907 S | | 5/2018 | Whitla et al. |
| D818,915 S | | 5/2018 | Kozub et al. |
| D818,922 S | | 5/2018 | Whitla et al. |
| D819,505 S | | 6/2018 | McMahan et al. |
| D819,519 S | | 6/2018 | Whitla et al. |
| D820,751 S | * | 6/2018 | Luk ........................ D12/184 |
| D821,617 S | | 6/2018 | Perkins |
| D822,550 S | | 7/2018 | Wassell et al. |
| D822,551 S | | 7/2018 | McMahan et al. |
| D823,188 S | | 7/2018 | Loeb |
| D823,738 S | | 7/2018 | Kim |
| D823,741 S | * | 7/2018 | Kim ........................ D12/169 |
| D823,762 S | | 7/2018 | Loeb |
| D823,763 S | | 7/2018 | Koo et al. |
| 10,023,241 B2 | * | 7/2018 | Umemoto ............ B62D 25/161 |
| 10,035,543 B2 | * | 7/2018 | Sato ..................... B60J 5/0444 |
| D824,811 S | | 8/2018 | Mainville |
| D824,812 S | | 8/2018 | Loeb |
| D824,824 S | | 8/2018 | Kim |
| D824,825 S | | 8/2018 | Loeb |
| D825,083 S | | 8/2018 | Perkins |
| D825,388 S | | 8/2018 | Karras et al. |
| D825,403 S | | 8/2018 | Whitla et al. |
| D826,114 S | | 8/2018 | Smith et al. |
| D826,435 S | | 8/2018 | Kim |
| D826,803 S | | 8/2018 | Smith et al. |
| D826,811 S | * | 8/2018 | Lim ........................ D12/184 |
| D827,506 S | | 9/2018 | McMahan et al. |
| D827,508 S | | 9/2018 | Whitla et al. |
| D827,510 S | | 9/2018 | Kim |
| D827,527 S | * | 9/2018 | Loeb ...................... D12/184 |
| D827,528 S | * | 9/2018 | Gueler .................... D12/184 |
| D827,529 S | * | 9/2018 | Al Attar .................. D12/184 |
| D828,246 S | | 9/2018 | Loeb |
| D828,254 S | * | 9/2018 | Simm ..................... D12/184 |
| D828,261 S | | 9/2018 | Moffett et al. |
| D828,935 S | | 9/2018 | Hochmuth |
| 10,077,085 B2 | * | 9/2018 | Pfaffelhuber ......... B62D 27/02 |
| D829,622 S | | 10/2018 | Jacob |
| D830,241 S | | 10/2018 | Kozub |
| D830,242 S | | 10/2018 | Zipfel |
| D830,252 S | | 10/2018 | Swanseger |
| D830,258 S | | 10/2018 | Moffett et al. |
| D830,261 S | | 10/2018 | Jacob |
| D830,589 S | | 10/2018 | Henriques |
| D832,752 S | | 11/2018 | Lee |
| D835,003 S | | 12/2018 | Thompson et al. |
| D835,012 S | | 12/2018 | Smith et al. |
| D837,105 S | | 1/2019 | Loeb |
| D837,109 S | | 1/2019 | Kozub et al. |
| D837,424 S | | 1/2019 | Whitla et al. |
| D838,015 S | | 1/2019 | McMahan et al. |
| D838,016 S | | 1/2019 | McMahan et al. |
| D838,390 S | | 1/2019 | McMahan et al. |
| D838,391 S | | 1/2019 | McMahan et al. |
| D839,157 S | | 1/2019 | Smith et al. |
| D839,163 S | | 1/2019 | Pinazzo et al. |
| D839,164 S | | 1/2019 | Zipfel |
| D839,460 S | | 1/2019 | Zipfel et al. |
| D840,068 S | | 2/2019 | Zipfel et al. |
| D840,069 S | | 2/2019 | Perkins |
| D840,285 S | | 2/2019 | Mack et al. |
| D840,286 S | | 2/2019 | Mack et al. |
| D840,293 S | | 2/2019 | Koo et al. |
| D840,302 S | | 2/2019 | O'Donnell et al. |
| D840,303 S | | 2/2019 | Park Cheng |
| D840,306 S | | 2/2019 | Kozub |
| D840,565 S | | 2/2019 | Whitla et al. |
| D840,570 S | | 2/2019 | Kim et al. |
| D840,571 S | | 2/2019 | Zipfel et al. |
| D840,572 S | | 2/2019 | Perkins |
| D840,885 S | | 2/2019 | Park Cheng |
| D841,527 S | | 2/2019 | Kozub et al. |
| D841,532 S | | 2/2019 | Koo et al. |
| D841,540 S | | 2/2019 | Koo et al. |
| D841,541 S | | 2/2019 | Krieg |
| D841,542 S | | 2/2019 | Koo et al. |
| D841,547 S | | 2/2019 | Zipfel et al. |
| D841,843 S | | 2/2019 | Park |
| D841,844 S | | 2/2019 | Perkins |
| D841,845 S | | 2/2019 | Park |
| D842,178 S | | 3/2019 | Pinazzo et al. |
| D842,306 S | | 3/2019 | Lindo et al. |
| D843,023 S | | 3/2019 | Whitla et al. |
| D843,024 S | | 3/2019 | Hochmuth |
| D843,025 S | | 3/2019 | Smith et al. |
| D843,275 S | | 3/2019 | Koo et al. |
| D843,280 S | | 3/2019 | Thurber et al. |
| D843,614 S | | 3/2019 | Whitla et al. |
| D843,616 S | | 3/2019 | Smith et al. |
| D843,617 S | | 3/2019 | Smith et al. |
| D843,891 S | | 3/2019 | Thompson et al. |
| D843,904 S | | 3/2019 | Kim |
| D844,184 S | | 3/2019 | Whitla et al. |
| D844,185 S | | 3/2019 | Hochmuth |
| D844,186 S | | 3/2019 | Smith et al. |
| D845,184 S | | 4/2019 | Zipfel |
| D845,186 S | | 4/2019 | Koo et al. |
| D845,187 S | | 4/2019 | Pinazzo et al. |
| D845,188 S | | 4/2019 | Pinazzo et al. |
| D845,189 S | | 4/2019 | Pinazzo et al. |
| D845,190 S | | 4/2019 | Zipfel |
| D845,196 S | | 4/2019 | Kozub |
| D845,518 S | | 4/2019 | Kozub |
| D845,519 S | | 4/2019 | Zipfel |
| D846,448 S | | 4/2019 | Loeb |
| D846,457 S | | 4/2019 | Koo et al. |
| D846,458 S | | 4/2019 | Mack et al. |
| D846,769 S | | 4/2019 | Koo et al. |
| D846,770 S | | 4/2019 | Kozub |
| D846,771 S | | 4/2019 | Zipfel |
| D846,772 S | | 4/2019 | Pinazzo et al. |
| D847,027 S | | 4/2019 | Loeb |
| D847,028 S | | 4/2019 | Loeb |
| D847,038 S | | 4/2019 | Loeb |
| D847,041 S | | 4/2019 | Blanski et al. |
| D847,042 S | | 4/2019 | Pinazzo et al. |
| D847,043 S | | 4/2019 | Kozub |
| D847,044 S | | 4/2019 | Zipfel |
| D847,045 S | | 4/2019 | Whitla et al. |
| D847,046 S | | 4/2019 | Whitla et al. |
| D847,047 S | | 4/2019 | Krieg et al. |
| D847,390 S | | 4/2019 | Koo et al. |
| D847,391 S | | 4/2019 | Pinazzo et al. |
| D847,392 S | | 4/2019 | Zipfel |
| D847,699 S | | 5/2019 | Kozub |
| D847,700 S | | 5/2019 | Kozub |
| D847,701 S | | 5/2019 | Kozub |
| D847,702 S | | 5/2019 | Zipfel |
| D847,703 S | | 5/2019 | Kozub |
| D847,704 S | | 5/2019 | Zipfel |
| D847,705 S | | 5/2019 | Zipfel |
| D847,707 S | | 5/2019 | Park Cheng et al. |
| D847,714 S | | 5/2019 | Mack et al. |
| D848,315 S | | 5/2019 | Koo et al. |
| D848,318 S | | 5/2019 | McMahan et al. |
| D848,320 S | | 5/2019 | Pinazzo et al. |
| D848,322 S | | 5/2019 | Mack et al. |
| D848,323 S | | 5/2019 | Mack et al. |

US D883,155 S

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | Date | Inventor |
|---|---|---|
| D848,324 S | 5/2019 | Thurber et al. |
| D848,325 S | 5/2019 | Thurber et al. |
| D848,647 S | 5/2019 | Kozub |
| D848,908 S | 5/2019 | Krieg |
| D848,909 S | 5/2019 | Lee |
| D848,911 S | 5/2019 | De Leon |
| D848,915 S | 5/2019 | Izard |
| D849,627 S | 5/2019 | Zipfel |
| D849,629 S | 5/2019 | De Leon |
| D849,630 S | 5/2019 | De Leon |
| D850,341 S | 6/2019 | Riggs et al. |
| D850,989 S | 6/2019 | Kozub |
| D851,002 S | 6/2019 | Kozub |
| D851,541 S | 6/2019 | Pinazzo |
| D851,542 S | 6/2019 | Mack |
| D851,547 S | 6/2019 | Mack et al. |
| D851,548 S | 6/2019 | Mack et al. |
| D851,549 S | 6/2019 | Mack et al. |
| D851,550 S | 6/2019 | Mack et al. |
| D851,551 S | 6/2019 | Mack et al. |
| D851,552 S | 6/2019 | Mack et al. |
| D851,555 S | 6/2019 | Whitla et al. |
| D851,556 S | 6/2019 | Thurber et al. |
| D851,557 S | 6/2019 | Thurber et al. |
| D851,558 S | 6/2019 | Thurber et al. |
| D851,559 S | 6/2019 | Thurber et al. |
| D851,560 S | 6/2019 | Yong et al. |
| D851,561 S | 6/2019 | Yong et al. |
| D852,093 S | 6/2019 | Kozub |
| D852,094 S | 6/2019 | Zipfel |
| D852,096 S | 6/2019 | Kozub |
| D852,099 S | 6/2019 | Loeb |
| D852,389 S | 6/2019 | Koo et al. |
| D852,393 S | 6/2019 | Whitla et al. |
| D853,903 S | 7/2019 | Loeb |
| D853,904 S | 7/2019 | Koo et al. |
| D853,924 S | 7/2019 | Riggs et al. |
| D854,462 S | 7/2019 | Lee |
| D854,471 S | 7/2019 | Lee |
| D854,977 S | 7/2019 | Parkinson et al. |
| D854,979 S | 7/2019 | Krieg et al. |
| D854,988 S | 7/2019 | Krieg |
| D854,991 S | 7/2019 | Whitla et al. |
| D855,503 S | 8/2019 | Blanski et al. |
| D855,504 S | 8/2019 | Lee |
| D855,505 S | 8/2019 | Thurber et al. |
| D855,507 S | 8/2019 | Blanski et al. |
| D855,508 S | 8/2019 | Wilkins et al. |
| D855,509 S | 8/2019 | Wilkins |
| D855,515 S | 8/2019 | Riggs et al. |
| D855,518 S | 8/2019 | Whitla et al. |
| D855,520 S | 8/2019 | Parkinson |
| D855,523 S | 8/2019 | Perkins |
| D855,524 S | 8/2019 | Lee |
| D856,201 S | 8/2019 | Blanski et al. |
| D856,204 S | 8/2019 | Kapitonov |
| D856,206 S | 8/2019 | De Leon |
| D856,242 S | 8/2019 | Blanski et al. |
| D856,864 S | 8/2019 | Kapitonov |
| D856,874 S | 8/2019 | Kozub |
| D856,875 S | 8/2019 | Kozub |
| D856,876 S | 8/2019 | Kapitonov |
| D857,260 S | 8/2019 | Kil et al. |
| D857,567 S | 8/2019 | Blanski et al. |
| D857,936 S | 8/2019 | Kil et al. |
| D857,938 S | 8/2019 | Blanski et al. |
| D857,939 S | 8/2019 | Kozub |
| D857,940 S | 8/2019 | Park |
| D857,941 S | 8/2019 | Whitla et al. |
| D857,942 S | 8/2019 | Perkins |
| D857,943 S | 8/2019 | Hochmuth |
| D857,944 S | 8/2019 | Pinazzo et al. |
| D857,945 S | 8/2019 | Smith et al. |
| D857,946 S | 8/2019 | Smith et al. |
| D857,947 S | 8/2019 | Koo et al. |
| D857,948 S | 8/2019 | Koo et al. |
| D857,949 S | 8/2019 | Smith et al. |
| D857,950 S | 8/2019 | Zipfel |
| D857,951 S | 8/2019 | Whitla et al. |
| D857,952 S | 8/2019 | Smith et al. |
| D858,373 S | 9/2019 | Blanski et al. |
| D858,377 S | 9/2019 | Riggs et al. |
| D858,813 S | 9/2019 | Datta |
| D858,814 S | 9/2019 | Burns |
| D858,817 S | 9/2019 | Henriques |
| D858,818 S | 9/2019 | McMahan et al. |
| D858,819 S | 9/2019 | McMahan et al. |
| D858,820 S | 9/2019 | McMahan et al. |
| D858,821 S | 9/2019 | Park |
| D858,822 S | 9/2019 | Whitla et al. |
| D858,823 S | 9/2019 | Zipfel |
| D858,824 S | 9/2019 | Pinazzo et al. |
| D859,229 S | 9/2019 | Karras et al. |
| D859,230 S | 9/2019 | Parkinson et al. |
| D859,231 S | 9/2019 | Wilkins et al. |
| D859,232 S | 9/2019 | Izard et al. |
| D859,233 S | 9/2019 | Izard et al. |
| D859,237 S | 9/2019 | Koo et al. |
| D859,238 S | 9/2019 | Smith et al. |
| D859,239 S | 9/2019 | Sullivan et al. |
| D859,246 S | 9/2019 | Thurber et al. |
| D859,248 S | 9/2019 | Wilkins et al. |
| D859,252 S | 9/2019 | Krieg |
| D859,253 S | 9/2019 | Izard |
| D859,254 S | 9/2019 | Izard |
| D859,707 S | 9/2019 | McMahan et al. |
| D859,708 S | 9/2019 | Kozub |
| D859,709 S | 9/2019 | Zipfel |
| D860,075 S | 9/2019 | Riggs et al. |
| D860,076 S | 9/2019 | Bartels et al. |
| D860,077 S | 9/2019 | Riggs et al. |
| D860,078 S | 9/2019 | O'Donnell et al. |
| D860,079 S | 9/2019 | Sullivan et al. |
| D860,085 S | 9/2019 | Koo et al. |
| D860,489 S | 9/2019 | Henriques |
| D860,490 S | 9/2019 | Henriques |

\* cited by examiner



FIG - 1

FIG - 2



FIG - 3

FIG - 4