# Exhibit 15

US00D902807S

# (12) United States Design Patent

Ruiz

(10) Patent No.: US D902,807 S

(45) Date of Patent: ** Nov. 24, 2020

(54) **VEHICLE HOOD**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Gary W. Ruiz**, Royal Oak, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/704,188**

(22) Filed: **Sep. 3, 2019**

(51) **LOC (12) Cl.** ............................................ **12-08**

(52) **U.S. Cl.**
USPC ........................................................ **D12/173**

(58) **Field of Classification Search**
USPC ... D12/1, 12, 14, 86, 87, 88, 90, 91, 93, 96, D12/164, 169, 170, 171, 172, 173, 181, D12/186, 190, 192, 196, 400
CPC .... B62D 25/10; B62D 25/105; B60R 13/0838
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


D570,742 S 6/2008 Takagi et al.
D591,212 S * 4/2009 Woolley .................... D12/173
D592,105 S 5/2009 Dean et al.
D597,447 S 8/2009 Folden
D600,595 S 9/2009 Nakamura et al.
D601,925 S 10/2009 O'Donnell
D603,755 S 11/2009 Peters
D604,203 S 11/2009 O'Donnell
D605,082 S 12/2009 Munson
D605,083 S 12/2009 Manoogian, II et al.
D605,977 S 12/2009 Zipfel et al.
D605,978 S 12/2009 Wolff et al.
D608,249 S 1/2010 Peters
D608,690 S 1/2010 Folden et al.
D608,691 S 1/2010 Zak, Jr. et al.
D609,608 S 2/2010 Boniface et al.
D611,387 S 3/2010 Thompson et al.
D611,879 S 3/2010 Kim et al.
D612,297 S 3/2010 Peters et al.
D613,645 S 4/2010 Song et al.
D615,458 S 5/2010 Thompson et al.
D618,595 S 6/2010 Ware et al.
D620,852 S * 8/2010 Froehlich .................... D12/173
D623,090 S 9/2010 Cox et al.
D627,262 S 11/2010 Ikeda et al.
D635,488 S 4/2011 Phipps
D644,147 S 8/2011 Suh et al.
D644,567 S 9/2011 Kozub
D657,718 S 4/2012 Zipfel et al.
D659,052 S 5/2012 Ware et al.
D659,053 S 5/2012 Ware et al.
D668,182 S 10/2012 Barba Franco et al.
D668,183 S 10/2012 Smart
D678,820 S 3/2013 Song et al.
D678,821 S 3/2013 Ikeda et al.
(Continued)


*Primary Examiner* — Michael A. Pratt
*Assistant Examiner* — Adam C Mager

(57) **CLAIM**

The ornamental design for a vehicle hood, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and left perspective view of a vehicle hood showing my new design;
FIG. **2** is a front elevation view of the vehicle hood of FIG. **1**;
FIG. **3** is a left elevation view thereof;
FIG. **4** is a right elevation view thereof; and,
FIG. **5** is a top view thereof.
The broken lines in the drawings depict portions of the vehicle hood that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

D680,909 S 4/2013 Munson et al.
D680,910 S 4/2013 David
D684,899 S 6/2013 Baker
D686,536 S 7/2013 McCabe et al.
D687,357 S * 8/2013 Weil .......................... D12/173
D692,798 S 11/2013 Thurber
D692,799 S 11/2013 Smith et al.
D696,157 S 12/2013 Loeb
D699,629 S 2/2014 Ikeda et al.
D700,871 S 3/2014 O'Donnell et al.
D703,103 S 4/2014 Lee
D704,103 S 5/2014 Mack et al.
D705,132 S 5/2014 Ware et al.
D705,699 S 5/2014 Ware et al.
D713,298 S 9/2014 Dyson
D713,764 S 9/2014 Ferlazzo et al.
D716,696 S 11/2014 Thole et al.
D716,706 S 11/2014 Thole et al.
D716,709 S 11/2014 Thole et al.
D717,696 S 11/2014 Thole et al.
D718,189 S 11/2014 Krieg et al.
D718,683 S * 12/2014 Thole .......................... D12/173
D721,307 S * 1/2015 Platto .......................... D12/173
D722,282 S 2/2015 Loeb
D722,533 S 2/2015 Thole et al.
D722,534 S 2/2015 Munson et al.
D724,510 S 3/2015 McMahan et al.
D725,001 S 3/2015 McMahan et al.
D726,591 S 4/2015 Jacob
D730,776 S 6/2015 Smart
D730,783 S 6/2015 Henriques et al.
D732,427 S 6/2015 Loeb
D732,429 S 6/2015 Loeb
D732,430 S 6/2015 Loeb
D732,431 S 6/2015 Loeb
D732,432 S 6/2015 Aengenheyster
D732,433 S 6/2015 Aengenheyster
D732,435 S 6/2015 Mackay
D733,002 S 6/2015 Loeb
D735,611 S 8/2015 Aengenheyster
D735,627 S 8/2015 Smith
D736,451 S 8/2015 Smith
D739,306 S 9/2015 McMahan et al.
D739,317 S 9/2015 McMahan et al.
D741,223 S 10/2015 Kim et al.
D743,309 S 11/2015 Thole et al.
D743,313 S 11/2015 Smith et al.
D743,314 S 11/2015 Thole et al.
D743,857 S 11/2015 McMahan et al.
D744,158 S 11/2015 Willett et al.
D745,086 S 12/2015 Finos et al.
D745,719 S 12/2015 Boniface et al.
D745,725 S 12/2015 McMahan et al.
D745,726 S 12/2015 McMahan et al.
D745,837 S 12/2015 Smith et al.
D746,726 S 1/2016 Smith et al.
D746,727 S 1/2016 Smith et al.
D746,728 S 1/2016 Smith et al.
D746,729 S 1/2016 Boniface et al.
D746,730 S 1/2016 Kim et al.
D747,514 S 1/2016 McMahan et al.
D747,515 S 1/2016 McMahan et al.
D747,819 S 1/2016 Thole et al.
D749,021 S 2/2016 Boniface et al.
D749,026 S 2/2016 Smith et al.
D749,027 S 2/2016 McMahan et al.
D749,246 S 2/2016 Thole et al.
D749,249 S 2/2016 Thole et al.
D749,250 S 2/2016 Thole et al.
D749,985 S 2/2016 Kozub et al.
D749,997 S 2/2016 McMahan et al.
D750,001 S 2/2016 Thole et al.
D753,032 S 4/2016 Smith et al.
D753,033 S 4/2016 Thole et al.
D753,034 S 4/2016 Thole et al.
D753,035 S 4/2016 Boniface et al.
D753,559 S 4/2016 McMahan et al.
D753,560 S 4/2016 McMahan et al.
D753,567 S 4/2016 Boniface et al.
D754,571 S 4/2016 Boniface et al.
D754,572 S 4/2016 McMahan et al.
D755,088 S 5/2016 McMahan et al.
D756,869 S 5/2016 McMahan et al.
D758,271 S 6/2016 McMahan et al.
D764,975 S 8/2016 Aengenheyster
D764,976 S 8/2016 Aengenheyster
D767,449 S 9/2016 Pevovar et al.
D767,450 S 9/2016 Lee et al.
D767,451 S 9/2016 Kozub et al.
D767,454 S 9/2016 McMahan et al.
D767,458 S 9/2016 Kim
D767,459 S 9/2016 Kim
D767,460 S 9/2016 Kozub et al.
D767,461 S 9/2016 Kozub et al.
D771,528 S 11/2016 Smith et al.
D771,529 S 11/2016 Thole et al.
D771,532 S 11/2016 Kapitonov
D771,533 S 11/2016 Kapitonov
D772,766 S 11/2016 Kozub et al.
D772,767 S 11/2016 Kim
D773,084 S 11/2016 Kapitonov
D773,086 S 11/2016 McCabe et al.
D774,226 S 12/2016 McCabe et al.
D775,003 S 12/2016 Pevovar et al.
D775,007 S 12/2016 Thole et al.
D775,010 S 12/2016 Kim et al.
D775,049 S 12/2016 Scheer et al.
D775,549 S 1/2017 Karras
D775,554 S 1/2017 Kapitonov
D776,020 S 1/2017 Kapitonov
D776,581 S 1/2017 Pevovar et al.
D776,583 S 1/2017 Scheer et al.
D776,841 S 1/2017 Kozub et al.
D776,843 S 1/2017 McCabe et al.
D776,846 S 1/2017 Willett et al.
D777,359 S 1/2017 Kozub et al.
D777,360 S 1/2017 Kozub et al.
D777,361 S 1/2017 Kozub et al.
D777,604 S 1/2017 McNerney
D777,605 S 1/2017 Ferlazzo et al.
D777,620 S * 1/2017 Pevovar ...................... D12/173
D777,621 S 1/2017 Kim
D777,622 S 1/2017 Kozub et al.
D777,628 S 1/2017 Kozub et al.
D777,955 S 1/2017 Willett et al.
D778,212 S 2/2017 Kozub et al.
D778,215 S 2/2017 Kozub et al.
D780,064 S 2/2017 Smith et al.
D780,067 S 2/2017 Zipfel et al.
D780,068 S 2/2017 Whitla et al.
D780,077 S 2/2017 Kim et al.
D780,081 S 2/2017 Lee
D780,084 S 2/2017 Scheer et al.
D780,631 S 3/2017 Kozub et al.
D780,644 S 3/2017 Kim et al.
D781,184 S 3/2017 Thole et al.
D781,192 S 3/2017 Kozub et al.
D782,379 S 3/2017 Wassell
D783,482 S 4/2017 Smith et al.
D784,213 S 4/2017 Karras
D784,223 S 4/2017 Lee
D784,226 S 4/2017 Cheng
D784,579 S 4/2017 Cheng et al.
D784,877 S 4/2017 Lee
D784,886 S 4/2017 Smith et al.
D785,521 S 5/2017 Smith et al.
D786,149 S 5/2017 Pevovar et al.
D786,743 S 5/2017 Smith et al.
D786,750 S 5/2017 Lee
D787,446 S 5/2017 Cockerill
D787,984 S 5/2017 Fang
D787,988 S 5/2017 Lee
D787,989 S 5/2017 Kozub et al.
D787,990 S 5/2017 Kozub et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D787,992 S 5/2017 Lee
D787,993 S 5/2017 McCabe et al.
D788,001 S 5/2017 Lee
D788,641 S 6/2017 Arnold
D788,644 S 6/2017 Mueller
D788,645 S 6/2017 Mueller
D789,250 S 6/2017 Arnold
D789,260 S * 6/2017 Smith ......................... D12/173
D789,575 S 6/2017 Willett
D789,841 S 6/2017 Lee
D789,849 S 6/2017 Lee
D791,018 S 7/2017 Mylenek
D791,644 S 7/2017 Fang
D792,290 S 7/2017 Smith et al.
D792,293 S 7/2017 McCabe et al.
D792,294 S 7/2017 McCabe et al.
D792,295 S 7/2017 McCabe et al.
D792,815 S 7/2017 Kozub
D792,816 S 7/2017 Kozub
D793,290 S 8/2017 Kozub
D793,292 S 8/2017 Lee
D793,293 S 8/2017 Lee et al.
D793,294 S 8/2017 Lee
D793,295 S 8/2017 McCabe et al.
D793,296 S 8/2017 Smith et al.
D793,297 S 8/2017 Smith et al.
D793,299 S 8/2017 Krieg et al.
D793,300 S 8/2017 Krieg et al.
D793,301 S 8/2017 Kozub
D793,302 S 8/2017 Kozub
D793,311 S 8/2017 Whitla et al.
D793,590 S 8/2017 Kozub et al.
D793,591 S 8/2017 Kozub et al.
D793,917 S 8/2017 Kozub
D793,918 S 8/2017 Kozub
D794,229 S 8/2017 Barry
D794,230 S 8/2017 Kozub
D795,747 S 8/2017 Bailie
D795,757 S 8/2017 Pevovar et al.
D795,758 S 8/2017 Karras
D795,759 S 8/2017 Kozub et al.
D795,760 S 8/2017 Kozub et al.
D795,762 S 8/2017 Lee
D795,763 S 8/2017 Kozub
D796,088 S 8/2017 McCabe et al.
D796,093 S 8/2017 Mainville
D796,390 S 9/2017 Pevovar et al.
D797,537 S 9/2017 Cooper et al.
D797,603 S 9/2017 Noone et al.
D797,614 S 9/2017 Lee
D797,616 S 9/2017 Lee
D797,624 S 9/2017 Nakamura
D797,625 S 9/2017 Perkins
D797,631 S 9/2017 Pevovar et al.
D797,632 S 9/2017 Zipfel et al.
D797,967 S 9/2017 Barry
D797,970 S 9/2017 Mainville
D797,971 S 9/2017 Mainville
D797,972 S 9/2017 Whitla et al.
D798,204 S 9/2017 Mainville
D799,384 S 10/2017 Kozub et al.
D799,385 S 10/2017 Kozub et al.
D799,386 S 10/2017 Kozub et al.
D799,728 S 10/2017 Whitla et al.
D801,236 S 10/2017 Kozub et al.
D801,577 S 10/2017 Ruiz
D801,882 S 11/2017 Kozub et al.
D802,205 S 11/2017 Ruiz
D802,478 S 11/2017 Perkins
D802,491 S 11/2017 Mainville
D802,496 S 11/2017 Mainville
D802,502 S 11/2017 McMahan
D803,727 S 11/2017 Noone et al.
D803,731 S 11/2017 Zipfel
D804,370 S 12/2017 Kozub et al.
D804,371 S 12/2017 Whitla et al.
D804,372 S * 12/2017 Kozub ......................... D12/173
D804,378 S 12/2017 Perkins
D804,379 S 12/2017 McMahan
D805,006 S 12/2017 Nakamura
D805,013 S 12/2017 Whitla
D805,014 S 12/2017 Zipfel
D805,441 S 12/2017 Karras
D805,964 S 12/2017 Whitla
D805,965 S 12/2017 Davis
D805,966 S 12/2017 Perkins
D805,985 S 12/2017 Nakamura
D807,232 S 1/2018 Bailie
D807,239 S 1/2018 Perkins
D807,240 S 1/2018 Perkins
D807,241 S 1/2018 Perkins
D809,442 S 2/2018 Zipfel et al.
D811,269 S 2/2018 Thompson et al.
D811,942 S 3/2018 Jacob
D811,957 S 3/2018 Whitla et al.
D811,958 S 3/2018 Zipfel et al.
D811,959 S 3/2018 Perkins
D811,960 S 3/2018 Nakamura
D811,961 S 3/2018 Sullivan
D811,962 S 3/2018 Sullivan
D811,963 S 3/2018 Sullivan
D811,964 S 3/2018 Perkins
D811,965 S 3/2018 Moffett et al.
D812,525 S 3/2018 Lee
D812,526 S 3/2018 Zipfel et al.
D812,527 S 3/2018 Perkins
D812,528 S 3/2018 Nakamura
D813,098 S 3/2018 Thompson et al.
D813,109 S 3/2018 Zipfel et al.
D813,110 S 3/2018 Whitla et al.
D813,111 S 3/2018 Sullivan
D813,116 S 3/2018 Park
D813,117 S 3/2018 Sullivan
D813,121 S 3/2018 Swanseger
D813,730 S 3/2018 Zipfel et al.
D813,731 S 3/2018 McMahan
D813,732 S 3/2018 Whitla et al.
D813,733 S 3/2018 Lee
D813,734 S 3/2018 Nakamura
D813,740 S 3/2018 Park
D813,741 S 3/2018 Perkins
D813,742 S 3/2018 McMahan et al.
D813,743 S 3/2018 Lee
D813,744 S 3/2018 Whitla et al.
D813,748 S 3/2018 Kim
D813,753 S 3/2018 Loeb
D813,754 S 3/2018 Loeb
D813,755 S 3/2018 Loeb
D813,756 S 3/2018 Loeb
D813,757 S 3/2018 Kozub
D813,758 S 3/2018 Gonzales
D813,759 S 3/2018 Perkins
D814,369 S 4/2018 Loeb
D814,982 S 4/2018 Whitla et al.
D814,983 S 4/2018 Whitla et al.
D815,570 S 4/2018 McMahan et al.
D815,572 S 4/2018 Perkins
D815,573 S 4/2018 Whitla et al.
D815,574 S 4/2018 Mainville
D815,985 S 4/2018 Mueller
D815,993 S 4/2018 Kozub et al.
D815,994 S 4/2018 Nakamura
D816,003 S 4/2018 Perkins
D816,558 S 5/2018 McMahan et al.
D816,559 S 5/2018 McMahan et al.
D816,561 S 5/2018 McMahan
D816,562 S 5/2018 Whitla et al.
D816,563 S 5/2018 McMahan et al.
D816,564 S 5/2018 Kim
D816,565 S 5/2018 Kim
D816,566 S 5/2018 Loeb
D817,836 S 5/2018 McMahan et al.
D818,156 S 5/2018 Kim et al.
D818,157 S 5/2018 Zipfel et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D818,158 S 5/2018 Zipfel et al.
D818,159 S 5/2018 Zipfel et al.
D818,160 S 5/2018 Perkins
D818,406 S 5/2018 McMahan et al.
D818,876 S 5/2018 Whitla et al.
D818,877 S 5/2018 Nakamura et al.
D818,878 S 5/2018 McMahan et al.
D818,892 S 5/2018 Lee
D818,893 S 5/2018 Kim
D818,903 S 5/2018 Zipfel et al.
D818,906 S 5/2018 McMahan
D818,907 S 5/2018 Whitla et al.
D818,915 S 5/2018 Kozub et al.
D818,922 S 5/2018 Whitla et al.
D819,505 S 6/2018 McMahan et al.
D819,519 S 6/2018 Whitla et al.
D821,617 S 6/2018 Perkins
D821,943 S * 7/2018 Bucher ........................ D12/173
D822,550 S 7/2018 Wassell et al.
D822,551 S 7/2018 McMahan et al.
D823,188 S 7/2018 Loeb
D823,738 S 7/2018 Kim
D823,741 S 7/2018 Kim
D823,762 S 7/2018 Loeb
D823,763 S 7/2018 Koo et al.
D824,811 S 8/2018 Mainville
D824,812 S 8/2018 Loeb
D824,824 S 8/2018 Kim
D824,825 S 8/2018 Loeb
D825,083 S 8/2018 Perkins
D825,388 S 8/2018 Karras et al.
D825,403 S 8/2018 Whitla et al.
D826,114 S 8/2018 Smith et al.
D826,435 S 8/2018 Kim
D826,803 S 8/2018 Smith et al.
D826,805 S * 8/2018 Woodhouse ................ D12/173
D827,506 S 9/2018 McMahan et al.
D827,508 S 9/2018 Whitla et al.
D827,510 S 9/2018 Kim
D827,527 S 9/2018 Loeb
D828,246 S 9/2018 Loeb
D828,261 S 9/2018 Moffett et al.
D828,935 S 9/2018 Hochmuth
D829,622 S 10/2018 Jacob
D830,241 S 10/2018 Kozub
D830,242 S 10/2018 Zipfel
D830,252 S 10/2018 Swanseger
D830,258 S 10/2018 McMahan et al.
D830,261 S 10/2018 Jacob
D830,589 S 10/2018 Henriques
D832,752 S 11/2018 Lee
D835,003 S 12/2018 Thompson et al.
D835,012 S 12/2018 Smith et al.
D836,045 S * 12/2018 McMahan .................... D12/173
D837,105 S 1/2019 Loeb
D837,109 S 1/2019 Kozub et al.
D837,424 S 1/2019 Whitla et al.
D838,015 S 1/2019 McMahan et al.
D838,016 S 1/2019 McMahan et al.
D838,390 S 1/2019 McMahan et al.
D838,391 S 1/2019 McMahan et al.
D839,157 S 1/2019 Smith et al.
D839,163 S 1/2019 Pinazzo et al.
D839,164 S 1/2019 Zipfel
D839,460 S 1/2019 Zipfel et al.
D840,068 S 2/2019 Zipfel et al.
D840,069 S 2/2019 Perkins
D840,285 S 2/2019 Mack et al.
D840,286 S 2/2019 Mack et al.
D840,293 S 2/2019 Koo et al.
D840,302 S 2/2019 O'Donnell et al.
D840,303 S 2/2019 Park Cheng
D840,306 S 2/2019 Kozub
D840,565 S 2/2019 Whitla et al.
D840,570 S 2/2019 Kim et al.
D840,571 S 2/2019 Zipfel et al.
D840,572 S 2/2019 Perkins
D840,885 S 2/2019 Park Cheng
D841,527 S 2/2019 Kozub et al.
D841,532 S 2/2019 Koo et al.
D841,540 S 2/2019 Koo et al.
D841,541 S 2/2019 Krieg
D841,542 S 2/2019 Koo et al.
D841,547 S 2/2019 Zipfel et al.
D841,843 S 2/2019 Park
D841,844 S 2/2019 Perkins
D841,845 S 2/2019 Park
D842,178 S 3/2019 Pinazzo et al.
D842,306 S 3/2019 Lindo et al.
D843,023 S 3/2019 Whitla et al.
D843,024 S 3/2019 Hochmuth
D843,025 S 3/2019 Smith et al.
D843,275 S 3/2019 Koo et al.
D843,280 S 3/2019 Thurber et al.
D843,614 S 3/2019 Whitla et al.
D843,616 S 3/2019 Smith et al.
D843,617 S 3/2019 Smith et al.
D843,891 S 3/2019 Thompson et al.
D843,904 S 3/2019 Kim
D844,184 S 3/2019 Whitla et al.
D844,185 S 3/2019 Hochmuth
D844,186 S 3/2019 Smith et al.
D845,184 S 4/2019 Zipfel
D845,186 S 4/2019 Koo et al.
D845,187 S 4/2019 Pinazzo et al.
D845,188 S 4/2019 Pinazzo et al.
D845,189 S 4/2019 Pinazzo et al.
D845,190 S 4/2019 Zipfel
D845,196 S 4/2019 Kozub
D845,518 S 4/2019 Kozub
D845,519 S 4/2019 Zipfel
D846,448 S 4/2019 Loeb
D846,457 S 4/2019 Koo et al.
D846,458 S 4/2019 Mack et al.
D846,769 S 4/2019 Koo et al.
D846,770 S 4/2019 Kozub
D846,771 S 4/2019 Zipfel
D846,772 S 4/2019 Pinazzo et al.
D847,027 S 4/2019 Loeb
D847,028 S 4/2019 Loeb
D847,038 S 4/2019 Loeb
D847,041 S 4/2019 Blanski et al.
D847,042 S 4/2019 Pinazzo et al.
D847,043 S 4/2019 Kozub
D847,044 S 4/2019 Zipfel
D847,045 S 4/2019 Whitla et al.
D847,046 S 4/2019 Whitla et al.
D847,047 S 4/2019 Krieg et al.
D847,390 S 4/2019 Koo et al.
D847,391 S 4/2019 Pinazzo et al.
D847,392 S 4/2019 Zipfel
D847,699 S 5/2019 Kozub
D847,700 S 5/2019 Kozub
D847,701 S 5/2019 Kozub
D847,702 S 5/2019 Zipfel
D847,703 S 5/2019 Kozub
D847,704 S 5/2019 Zipfel
D847,705 S 5/2019 Zipfel
D847,707 S 5/2019 Park Cheng et al.
D847,714 S 5/2019 Mack et al.
D848,315 S 5/2019 Koo et al.
D848,318 S 5/2019 McMahan et al.
D848,320 S 5/2019 Pinazzo et al.
D848,322 S 5/2019 Mack et al.
D848,323 S 5/2019 Mack et al.
D848,324 S 5/2019 Thurber et al.
D848,325 S 5/2019 Thurber et al.
D848,647 S 5/2019 Kozub
D848,908 S 5/2019 Krieg
D848,909 S 5/2019 Lee
D848,911 S 5/2019 De Leon
D848,915 S 5/2019 Izard
D849,627 S 5/2019 Zipfel
D849,629 S 5/2019 De Leon

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D849,630 | S | | 5/2019 | De Leon | |
| D850,341 | S | | 6/2019 | Riggs et al. | |
| D850,989 | S | | 6/2019 | Kozub | |
| D851,002 | S | | 6/2019 | Kozub | |
| D851,541 | S | | 6/2019 | Pinazzo | |
| D851,542 | S | | 6/2019 | Mack et al. | |
| D851,547 | S | | 6/2019 | Mack et al. | |
| D851,548 | S | | 6/2019 | Mack et al. | |
| D851,549 | S | | 6/2019 | Mack et al. | |
| D851,550 | S | | 6/2019 | Mack et al. | |
| D851,551 | S | | 6/2019 | Mack et al. | |
| D851,552 | S | | 6/2019 | Mack et al. | |
| D851,555 | S | | 6/2019 | Whitla et al. | |
| D851,556 | S | | 6/2019 | Thurber et al. | |
| D851,557 | S | | 6/2019 | Thurber et al. | |
| D851,558 | S | | 6/2019 | Thurber et al. | |
| D851,559 | S | | 6/2019 | Thurber et al. | |
| D851,560 | S | | 6/2019 | Yong et al. | |
| D851,561 | S | | 6/2019 | Yong et al. | |
| D864,060 | S | * | 10/2019 | Woodhouse ................. | D12/173 |
| D873,735 | S | * | 1/2020 | Park Cheng ................. | D12/173 |

* cited by examiner



FIG. 1



FIG. 2

U.S. Patent  Nov. 24, 2020  Sheet 3 of 5  US D902,807 S



FIG. 3



FIG. 4



FIG. 5