# Exhibit 17

US00D859239S

## (12) United States Design Patent
### Sullivan et al.

(10) Patent No.: **US D859,239 S**
(45) Date of Patent: ** **Sep. 10, 2019**

(54) **VEHICLE REAR BUMPER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Maxwell A. Sullivan**, Royal Oak, MI (US); **Jose Gonzalez**, Clinton Township, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/653,951**

(22) Filed: **Jun. 20, 2018**

(51) **LOC (12) Cl.** ............................................. **12-16**
(52) **U.S. Cl.**
    USPC ....................................................... **D12/169**
(58) **Field of Classification Search**
    USPC ...... D12/169, 196, 86, 90–92, 163, 190, 98, D12/164; 293/102, 113, 115, 117, 120, 293/193.11; 296/180.1, 180.2; 180/68.1, 180/68.6
    CPC ......... B60R 19/52; B60K 11/08; B62D 25/08; B62B 9/16
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D668,182 S | 10/2012 | Barba Franco et al. |
| D668,183 S | 10/2012 | Smart |
| D678,820 S | 3/2013 | Son et al. |
| D678,821 S | 3/2013 | Ikeda et al. |
| D680,909 S | 4/2013 | Munson et al. |

(Continued)

*Primary Examiner* — Melody N Brown

(57) **CLAIM**

The ornamental design for a vehicle rear bumper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle rear bumper;
FIG. **2** is a front view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof; and,
FIG. **5** is a side view thereof.
The broken lines in the drawings illustrate portions of the vehicle rear bumper that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | Date | Name |
|---|---|---|
| D680,910 S | 4/2013 | David |
| D684,899 S | 6/2013 | Baker |
| D686,536 S | 7/2013 | McCabe et al. |
| D692,798 S | 11/2013 | Thurber |
| D692,799 S | 11/2013 | Smith et al. |
| D696,157 S | 12/2013 | Loeb |
| D699,629 S | 2/2014 | Ikeda et al. |
| D700,871 S | 3/2014 | O'Donnell et al. |
| D703,103 S | 4/2014 | Lee |
| D704,103 S | 5/2014 | Mack et al. |
| D705,132 S | 5/2014 | Ware et al. |
| D705,699 S | 5/2014 | Ware et al. |
| D713,298 S | 9/2014 | Dyson |
| D713,764 S | 9/2014 | Ferlazzo et al. |
| D716,696 S | 11/2014 | Thole et al. |
| D716,706 S | 11/2014 | Thole et al. |
| D716,709 S | 11/2014 | Thole et al. |
| D717,696 S | 11/2014 | Thole et al. |
| D718,189 S | 11/2014 | Krieg et al. |
| D718,683 S | 12/2014 | Thole et al. |
| D722,282 S | 2/2015 | Loeb |
| D722,533 S | 2/2015 | Thole et al. |
| D722,534 S | 2/2015 | Munson et al. |
| D724,510 S | 3/2015 | McMahan et al. |
| D725,001 S | 3/2015 | McMahan et al. |
| D726,591 S | 4/2015 | Jacob |
| D730,776 S | 6/2015 | Smart |
| D730,783 S | 6/2015 | Henriques et al. |
| D732,427 S | 6/2015 | Loeb |
| D732,429 S | 6/2015 | Loeb |
| D732,430 S | 6/2015 | Loeb |
| D732,431 S | 6/2015 | Loeb |
| D732,432 S | 6/2015 | Aengenheyster |
| D732,433 S | 6/2015 | Aengenheyster |
| D732,435 S | 6/2015 | Mackay |
| D733,002 S | 6/2015 | Loeb |
| D735,611 S | 8/2015 | Aengenheyster |
| D735,627 S | 8/2015 | Smith |
| D736,451 S | 8/2015 | Smith |
| D739,306 S | 9/2015 | McMahan et al. |
| D739,317 S | 9/2015 | McMahan et al. |
| D741,223 S | 10/2015 | Kim et al. |
| D743,309 S | 11/2015 | Thole et al. |
| D743,313 S | 11/2015 | Smith et al. |
| D743,314 S | 11/2015 | Thole et al. |
| D743,857 S | 11/2015 | McMahan et al. |
| D744,158 S | 11/2015 | Willett et al. |
| D745,086 S | 12/2015 | Finos et al. |
| D745,719 S | 12/2015 | Boniface et al. |
| D745,725 S | 12/2015 | McMahan et al. |
| D745,726 S | 12/2015 | McMahan et al. |
| D745,837 S | 12/2015 | Smith et al. |
| D746,726 S | 1/2016 | Smith et al. |
| D746,727 S | 1/2016 | Smith et al. |
| D746,728 S | 1/2016 | Smith et al. |
| D746,729 S | 1/2016 | Boniface et al. |
| D746,730 S | 1/2016 | Kim et al. |
| D747,514 S | 1/2016 | McMahan et al. |
| D747,515 S | 1/2016 | McMahan et al. |
| D747,819 S | 1/2016 | Thole et al. |
| D749,021 S | 2/2016 | Boniface et al. |
| D749,026 S | 2/2016 | Smith et al. |
| D749,027 S | 2/2016 | McMahan et al. |
| D749,246 S | 2/2016 | Thole et al. |
| D749,249 S | 2/2016 | Thole et al. |
| D749,250 S | 2/2016 | Thole et al. |
| D749,985 S | 2/2016 | Kozub et al. |
| D749,997 S | 2/2016 | McMahan et al. |
| D750,001 S | 2/2016 | Thole et al. |
| D753,032 S | 4/2016 | Smith et al. |
| D753,033 S | 4/2016 | Thole et al. |
| D753,034 S | 4/2016 | Thole et al. |
| D753,035 S | 4/2016 | Boniface et al. |
| D753,559 S | 4/2016 | McMahan et al. |
| D753,560 S | 4/2016 | McMahan et al. |
| D753,567 S | 4/2016 | Boniface et al. |
| D754,571 S | 4/2016 | Boniface et al. |
| D754,572 S | 4/2016 | McMahan et al. |
| D755,082 S * | 5/2016 | Gillam .................. D12/98 |
| D755,088 S | 5/2016 | McMahan et al. |
| D756,869 S | 5/2016 | McMahan et al. |
| D758,271 S | 6/2016 | McMahan et al. |
| D764,975 S | 8/2016 | Aengenheyster |
| D764,976 S | 8/2016 | Aengenheyster |
| D767,449 S | 9/2016 | Pevovar et al. |
| D767,450 S | 9/2016 | Lee et al. |
| D767,451 S | 9/2016 | Kozub et al. |
| D767,454 S | 9/2016 | McMahan et al. |
| D767,458 S | 9/2016 | Kim |
| D767,459 S | 9/2016 | Kim |
| D767,460 S | 9/2016 | Kozub et al. |
| D767,461 S | 9/2016 | Kozub et al. |
| D771,528 S | 11/2016 | Smith et al. |
| D771,529 S | 11/2016 | Thole et al. |
| D771,532 S | 11/2016 | Kapitonov |
| D771,533 S | 11/2016 | Kapitonov |
| D772,766 S | 11/2016 | Kozub et al. |
| D772,767 S | 11/2016 | Kim |
| D773,084 S | 11/2016 | Kapitonov |
| D773,086 S | 11/2016 | McCabe et al. |
| D774,226 S | 12/2016 | McCabe et al. |
| D775,003 S | 12/2016 | Pevovar et al. |
| D775,007 S | 12/2016 | Thole et al. |
| D775,010 S | 12/2016 | Kim et al. |
| D775,049 S | 12/2016 | Scheer et al. |
| D775,549 S | 1/2017 | Karras |
| D775,554 S | 1/2017 | Kapitonov |
| D776,020 S | 1/2017 | Kapitonov |
| D776,581 S | 1/2017 | Pevovar et al. |
| D776,583 S | 1/2017 | Scheer et al. |
| D776,841 S | 1/2017 | Kozub et al. |
| D776,843 S | 1/2017 | McCabe et al. |
| D776,846 S | 1/2017 | Willett et al. |
| D777,359 S | 1/2017 | Kozub et al. |
| D777,360 S | 1/2017 | Kozub et al. |
| D777,361 S | 1/2017 | Kozub et al. |
| D777,604 S | 1/2017 | McNerney |
| D777,605 S | 1/2017 | Ferlazzo et al. |
| D777,620 S | 1/2017 | Pevovar et al. |
| D777,621 S | 1/2017 | Kim |
| D777,622 S | 1/2017 | Kozub et al. |
| D777,628 S | 1/2017 | Kozub et al. |
| D777,955 S | 1/2017 | Willett et al. |
| D778,212 S | 2/2017 | Kozub et al. |
| D778,215 S | 2/2017 | Kozub et al. |
| D780,064 S | 2/2017 | Smith et al. |
| D780,067 S | 2/2017 | Zipfel et al. |
| D780,068 S | 2/2017 | Whitla et al. |
| D780,077 S | 2/2017 | Kim et al. |
| D780,081 S | 2/2017 | Lee |
| D780,084 S | 2/2017 | Scheer et al. |
| D780,631 S | 3/2017 | Kozub et al. |
| D780,644 S | 3/2017 | Kim et al. |
| D781,184 S | 3/2017 | Thole et al. |
| D781,192 S | 3/2017 | Kozub et al. |
| D782,379 S | 3/2017 | Wassell |
| D783,482 S | 4/2017 | Smith et al. |
| D784,213 S | 4/2017 | Karras |
| D784,223 S | 4/2017 | Lee |
| D784,226 S | 4/2017 | Cheng |
| D784,579 S | 4/2017 | Cheng et al. |
| D784,877 S | 4/2017 | Lee |
| D784,886 S | 4/2017 | Smith et al. |
| D785,521 S | 5/2017 | Smith et al. |
| D786,149 S | 5/2017 | Pevovar et al. |
| D786,743 S | 5/2017 | Smith et al. |
| D786,750 S | 5/2017 | Lee |
| D787,446 S | 5/2017 | Cockerill |
| D787,984 S | 5/2017 | Fang |
| D787,988 S | 5/2017 | Lee |
| D787,989 S | 5/2017 | Kozub et al. |
| D787,990 S | 5/2017 | Kozub et al. |
| D787,992 S | 5/2017 | Lee |
| D787,993 S | 5/2017 | McCabe et al. |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| D788,001 S | 5/2017 | Lee |
| D788,641 S | 6/2017 | Arnold |
| D788,644 S | 6/2017 | Mueller |
| D788,645 S | 6/2017 | Mueller |
| D789,250 S | 6/2017 | Arnold |
| D789,260 S | 6/2017 | Smith |
| D789,575 S | 6/2017 | Willett |
| D789,841 S | 6/2017 | Lee |
| D789,849 S | 6/2017 | Lee |
| D791,018 S | 7/2017 | Mylenek |
| D791,644 S | 7/2017 | Fang |
| D792,290 S | 7/2017 | Smith et al. |
| D792,293 S | 7/2017 | McCabe et al. |
| D792,294 S | 7/2017 | McCabe et al. |
| D792,295 S | 7/2017 | McCabe et al. |
| D792,815 S | 7/2017 | Kozub |
| D792,816 S | 7/2017 | Kozub |
| D793,290 S | 8/2017 | Kozub |
| D793,292 S | 8/2017 | Lee |
| D793,293 S | 8/2017 | Lee et al. |
| D793,294 S | 8/2017 | Lee |
| D793,295 S | 8/2017 | McCabe et al. |
| D793,296 S | 8/2017 | Smith et al. |
| D793,297 S | 8/2017 | Smith et al. |
| D793,299 S | 8/2017 | Kreig et al. |
| D793,300 S | 8/2017 | Kreig et al. |
| D793,301 S | 8/2017 | Kozub |
| D793,302 S | 8/2017 | Kozub |
| D793,311 S | 8/2017 | Whitla et al. |
| D793,590 S | 8/2017 | Kozub et al. |
| D793,591 S | 8/2017 | Kozub et al. |
| D793,917 S | 8/2017 | Kozub |
| D793,918 S | 8/2017 | Kozub |
| D794,229 S | 8/2017 | Barry |
| D794,230 S | 8/2017 | Kozub |
| D795,747 S | 8/2017 | Bailie |
| D795,757 S | 8/2017 | Pevovar et al. |
| D795,758 S | 8/2017 | Karras |
| D795,759 S | 8/2017 | Kozub et al. |
| D795,760 S | 8/2017 | Kozub et al. |
| D795,762 S | 8/2017 | Lee |
| D795,763 S | 8/2017 | Kozub |
| D796,088 S | 8/2017 | McCabe et al. |
| D796,093 S | 8/2017 | Mainville |
| D796,390 S | 9/2017 | Pevovar et al. |
| D797,537 S | 9/2017 | Cooper et al. |
| D797,603 S | 9/2017 | Noone et al. |
| D797,614 S | 9/2017 | Lee |
| D797,616 S | 9/2017 | Lee |
| D797,624 S | 9/2017 | Nakamura |
| D797,625 S | 9/2017 | Perkins |
| D797,631 S | 9/2017 | Pevovar et al. |
| D797,632 S | 9/2017 | Zipfel et al. |
| D797,967 S | 9/2017 | Barry |
| D797,970 S | 9/2017 | Mainville |
| D797,971 S | 9/2017 | Mainville |
| D797,972 S | 9/2017 | Whitla et al. |
| D798,204 S | 9/2017 | Mainville |
| D799,384 S | 10/2017 | Kozub et al. |
| D799,385 S | 10/2017 | Kozub et al. |
| D799,386 S | 10/2017 | Kozub et al. |
| D799,728 S | 10/2017 | Whitla et al. |
| D801,236 S | 10/2017 | Kozub et al. |
| D801,577 S | 10/2017 | Ruiz |
| D801,882 S | 11/2017 | Kozub et al. |
| D802,205 S | 11/2017 | Ruiz |
| D802,478 S | 11/2017 | Perkins |
| D802,491 S | 11/2017 | Mainville |
| D802,496 S | 11/2017 | Mainville |
| D802,502 S | 11/2017 | McMahan |
| D803,727 S | 11/2017 | Noone et al. |
| D803,731 S | 11/2017 | Zipfel |
| D804,370 S | 12/2017 | Kozub et al. |
| D804,371 S | 12/2017 | Whitla et al. |
| D804,372 S | 12/2017 | Kozub |
| D804,378 S | 12/2017 | Perkins |
| D804,379 S | 12/2017 | McMahan |
| D805,006 S | 12/2017 | Nakamura |
| D805,013 S | 12/2017 | Whitla |
| D805,014 S | 12/2017 | Zipfel |
| D805,438 S * | 12/2017 | Scott .............................. D12/98 |
| D805,441 S | 12/2017 | Karras |
| D805,964 S | 12/2017 | Whitla |
| D805,965 S | 12/2017 | Davis |
| D805,966 S | 12/2017 | Perkins |
| D805,985 S | 12/2017 | Nakamura |
| D807,232 S | 1/2018 | Bailie |
| D807,239 S | 1/2018 | Perkins |
| D807,240 S | 1/2018 | Perkins |
| D807,241 S | 1/2018 | Perkins |
| D809,442 S | 2/2018 | Zipfel et al. |
| D811,269 S | 2/2018 | Thompson et al. |
| D811,942 S | 3/2018 | Jacob |
| D811,957 S | 3/2018 | Whitla et al. |
| D811,958 S | 3/2018 | Zipfel et al. |
| D811,959 S | 3/2018 | Perkins |
| D811,960 S | 3/2018 | Nakamura |
| D811,961 S | 3/2018 | Sullivan |
| D811,962 S | 3/2018 | Sullivan |
| D811,963 S | 3/2018 | Sullivan |
| D811,964 S | 3/2018 | Perkins |
| D811,965 S | 3/2018 | Moffett et al. |
| D812,525 S | 3/2018 | Lee |
| D812,526 S | 3/2018 | Zipfel et al. |
| D812,527 S | 3/2018 | Perkins |
| D812,528 S | 3/2018 | Nakamura |
| D813,098 S | 3/2018 | Thompson et al. |
| D813,109 S | 3/2018 | Zipfel et al. |
| D813,110 S | 3/2018 | Whitla et al. |
| D813,111 S | 3/2018 | Sullivan |
| D813,116 S | 3/2018 | Park |
| D813,117 S | 3/2018 | Sullivan |
| D813,121 S | 3/2018 | Swanseger |
| D813,730 S | 3/2018 | Zipfel et al. |
| D813,731 S | 3/2018 | McMahan |
| D813,732 S | 3/2018 | Whitla et al. |
| D813,733 S | 3/2018 | Lee |
| D813,734 S | 3/2018 | Nakamura |
| D813,740 S | 3/2018 | Park |
| D813,741 S | 3/2018 | Perkins |
| D813,742 S | 3/2018 | McMahan et al. |
| D813,743 S | 3/2018 | Lee |
| D813,744 S | 3/2018 | Whitla et al. |
| D813,748 S | 3/2018 | Kim |
| D813,753 S | 3/2018 | Loeb |
| D813,754 S | 3/2018 | Loeb |
| D813,755 S | 3/2018 | Loeb |
| D813,756 S | 3/2018 | Loeb |
| D813,757 S | 3/2018 | Kozub |
| D813,758 S | 3/2018 | Gonzales |
| D813,759 S | 3/2018 | Perkins |
| D814,369 S | 4/2018 | Loeb |
| D814,982 S | 4/2018 | Whitla et al. |
| D814,983 S | 4/2018 | Whitla et al. |
| D815,570 S | 4/2018 | McMahan et al. |
| D815,572 S | 4/2018 | Perkins |
| D815,573 S | 4/2018 | Whitla et al. |
| D815,574 S | 4/2018 | Mainville |
| D815,993 S | 4/2018 | Kozub et al. |
| D815,994 S | 4/2018 | Nakamura |
| D816,003 S | 4/2018 | Perkins |
| D816,558 S | 5/2018 | McMahan et al. |
| D816,559 S | 5/2018 | McMahan et al. |
| D816,561 S | 5/2018 | McMahan |
| D816,562 S | 5/2018 | Whitla et al. |
| D816,563 S | 5/2018 | McMahan et al. |
| D816,564 S | 5/2018 | Kim |
| D816,565 S | 5/2018 | Kim |
| D816,566 S | 5/2018 | Loeb |
| D817,836 S | 5/2018 | McMahan et al. |
| D818,156 S | 5/2018 | Kim et al. |
| D818,157 S | 5/2018 | Zipfel et al. |
| D818,158 S | 5/2018 | Zipfel et al. |
| D818,159 S | 5/2018 | Zipfel et al. |

**US D859,239 S**
Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D818,160 S | 5/2018 | Perkins |
| D818,406 S | 5/2018 | McMahan et al. |
| D818,876 S | 5/2018 | Whitla et al. |
| D818,877 S | 5/2018 | Nakamura et al. |
| D818,878 S | 5/2018 | McMahan et al. |
| D818,892 S | 5/2018 | Lee |
| D818,893 S | 5/2018 | Kim |
| D818,903 S | 5/2018 | Zipfel et al. |
| D818,906 S | 5/2018 | McMahan |
| D818,907 S | 5/2018 | Whitla et al. |
| D818,915 S | 5/2018 | Kozub et al. |
| D818,922 S | 5/2018 | Whitla et al. |
| D819,505 S | 6/2018 | McMahan et al. |
| D819,519 S | 6/2018 | Whitla et al. |

\* cited by examiner

**U.S. Patent**  Sep. 10, 2019  Sheet 1 of 3  **US D859,239 S**



FIG. 1



FIG. 2

FIG. 3



FIG. 4

FIG. 5