# Exhibit 24

**Exhibit 24**
**Infringement Claim Chart for U.S. Design Patent No. D828,247**

U.S. Design Patent No. D828,247 ("the '247 patent") claims the ornamental design for a vehicle hood. The exemplary chart below shows the patent's figures in comparison with a representative accused product. The comparison illustrates that the representative accused product infringes the '247 patent because, in the eye of the ordinary observer, giving such attention as a purchaser usually gives, the design is substantially the same as the design claimed in the '247 patent, and the resemblance is such as to deceive such an ordinary observer, inducing him or her to purchase the representative accused product.

No part of this exemplary chart construes, or is intended to construe, the claim, specification, or prosecution history of the patent. The claim has not been construed. This exemplary chart does not limit, and is not intended to limit, GM's positions or contentions on claim construction, infringement, or validity. Further, GM reserves the right to rely on other products to establish infringement. GM reserves the right to update its contentions through discovery.

| The '247 Patent | Accused Product |
|---|---|
| Claim: The ornamental design for a vehicle hood, as shown and described.<br><br>Figures from the patent follow. | |
| *[FIG-1: line drawing of vehicle hood from the patent]* | *[Photograph of accused vehicle hood product]* |

2

**Exhibit 24**
**Infringement Claim Chart for U.S. Design Patent No. D828,247**

| The '247 Patent | Accused Product |
|---|---|
| FIG - 2 | |
| FIG - 3 | |
| FIG - 4 | |

3