# Exhibit 37

**Exhibit 37**
**Infringement Claim Chart for U.S. Design Patent No. D848,647**

U.S. Design Patent No. D848,647 ("the '647 patent") claims the ornamental design for a vehicle headlamp. The exemplary chart below shows the patent's figures in comparison with a representative accused product. The comparison illustrates that the representative accused product infringes the '647 patent because, in the eye of the ordinary observer, giving such attention as a purchaser usually gives, the design is substantially the same as the design claimed in the '647 patent, and the resemblance is such as to deceive such an ordinary observer, inducing him or her to purchase the representative accused product.

No part of this exemplary chart construes, or is intended to construe, the claim, specification, or prosecution history of the patent. The claim has not been construed. This exemplary chart does not limit, and is not intended to limit, GM's positions or contentions on claim construction, infringement, or validity. Further, GM reserves the right to rely on other products to establish infringement. GM reserves the right to update its contentions through discovery.

| The '647 Patent | Accused Product[1] |
|---|---|
| Claim: The ornamental designs for a vehicle front headlamp, as shown and described.<br><br>Figures from the patent follow. | |

---

[1] While this exemplary chart shows a driver side headlamp, the patent covers driver- and passenger-side headlamps.

2

**Exhibit 37**
**Infringement Claim Chart for U.S. Design Patent No. D848,647**

| The '647 Patent | Accused Product[1] |
|---|---|
| FIG. 1 | |
| FIG. 2 | |

3

**Exhibit 37**
**Infringement Claim Chart for U.S. Design Patent No. D848,647**

| The '647 Patent | Accused Product[1] |
|---|---|
| FIG. 3 | |
| FIG. 4 | |

4