# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL MOTORS LLC and GM GLOBAL TECHNOLOGY OPERATIONS LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MITCHELL INTERNATIONAL, INC.,<br><br>*Defendant*. | C.A. No. 26-129-JLH |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant Mitchell International, Inc. to move, answer or otherwise respond to the Complaint is hereby extended to May 1, 2026.

Dated: February 26, 2026

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **DLA PIPER LLP (US)** |
| /s/ *Nitika Gupta Fiorella* | /s/ *Stephanie E. O'Byrne* |
| Nitika Gupta Fiorella (DE Bar No. 5898)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 652-5070<br>fiorella@fr.com | Stephanie E. O'Byrne (DE Bar No. 4446)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Tel: (302) 468-5700<br>stephanie.obyrne@us.dlapiper.com |
| *Attorney for Plaintiffs General Motors LLC and General Motors Global Technology Operations LLC* | *Attorney for Defendant Mitchell International, Inc.* |

**SO ORDERED** this _____ day of _____, 2026.

_____
Hon. Jennifer L. Hall, U.S.D.J.

1629182712